# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# RONI

**Reg. No. 4,352,373**  
**Registered June 18, 2013**  
**Int. Cl.: 13**

**TRADEMARK**

**PRINCIPAL REGISTER**

TACTICAL ARMS LTD (ISRAEL CORPORATION)  
P.O. BOX 15032  
52 HAMATECHET ST, NORTH INDUSTRIALESTATE  
ASHDOD, ISRAEL 77521

FOR: FIREARM ACCESSORIES, NAMELY, GUNSTOCKS, STOCK SETS, GRIPS FOR SMALL ARMS, GUN MOUNTS, MOUNTS FOR GUN SIGHTS, MOUNTS FOR BIPOD STANDS FOR FIREARMS; PISTOL CARBINE CONVERSIONS KITS; SMALL ARMS; AIRSOFT GUNS NOT FOR RECREATIONAL USE; AIRSOFT GUNS, NAMELY, NON-WEAPON REPLICAS OF FIREARMS THAT USE COMPRESSED AIR AS THE PROJECTILE; PLASTIC AIRSOFT BBS AND PLASTIC AIRSOFT SPHERES FOR USE AS AMMUNITION; RAIL SYSTEMS; PICATINNY RAILS; RAIL MOUNT ADAPTORS, FIREARM MAGAZINE HOLDERS; STOCK ADAPTORS, TELESCOPE ADAPTORS; PISTOL SHELL; SHOOTING ACCESSORY, NAMELY, AN ADJUSTABLE CHEEK PIECE, COLLAPSIBLE STOCK, HINGED PISTOL HOUSING HELD CLOSED WITH MOVEABLE END CAPS WITH LOCKING PINS, MUZZLE SHROUD, FINGER GUARD, SLING MOUNTS, SPARE MAGAZINE HOLDER, PISTOL COCKING HANDLE, REMOVABLE FOLDING FORWARD GRIP, RAILS; PARTS AND FITTINGS FOR WEAPONS, NAMELY, A 16" BARREL, STOCK, AND CATCHER, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 9-0-2009; IN COMMERCE 1-19-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ISRAEL APPLICATION NO. 239868, FILED 8-11-2011, REG. NO. 239868, DATED 12-4-2012, EXPIRES 8-11-2021.

SER. NO. 85-432,120, FILED 9-26-2011.

RAUL CORDOVA, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.