AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-cv-6982 | DATE FILED<br>7/25/2019 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Command Arms Accessories, LLC and<br>CAA Industries, Ltd. | | DEFENDANT<br>ME Technology Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4352373 | 6/18/2018 | CAA Industries, Ltd. |
| 2 | 88453619 | 5/30/2019 | CAA Industries, Ltd. |
| 3 | 88453007 | 5/30/2019 | CAA Industries, Ltd. |
| 4 | 88453586 | 5/30/2019 | CAA Industries, Ltd. |
| 5 | 8312803 | 11/20/2012 | CAA Industries, Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/s/ D. Howie | DATE<br>7/26/2019 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**