UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMAND ARMS ACCESSORIES, LLC, and CAA INDUSTRIES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ME TECHNOLOGY INC., <br><br> Defendant. | Case No. 1:19-cv-06982-LLS |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Timothy J. McGinn, on behalf of the law firm of Gunster, Yoakley & Stewart, P.A., as counsel for Defendant ME Technology, Inc. Copies of all future pleadings, correspondence, and other documents relating to the above-captioned matter should be furnished to Timothy J. McGinn at the address listed below.

Dated: August 23, 2019

                                      Respectfully submitted,

                                      *s/ Timothy J. McGinn*
                                      Timothy J. McGinn
                                      Florida Bar No. 1000377
                                      Gunster, Yoakley & Stewart, P.A.
                                      600 Brickell Avenue, Suite 3500
                                      Miami, Florida 33131
                                      305-376-6007 fax 6010
                                      tmcginn@gunster.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Timothy J. McGinn*
Timothy J. McGinn
