UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COMMAND ARMS ACCESSORIES, LLC, and CAA INDUSTRIES, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-cv-06982-LLS |
| v. | ) ) ) | **DECLARATION OF TIMOTHY J. MCGINN** |
| ME TECHNOLOGY INC., | ) ) | |
| Defendant. | ) ) | |

I, Timothy J. McGinn, declare as follows:

1. I am an attorney at the firm of Gunster, Yoakley & Stewart, P.A., counsel to ME Technology, Inc. ("CAA USA"). The information set forth herein is based on my personal knowledge.

2. Attached as Exhibit A is a true and correct printout of the webpage available at https://www.browning.com/products/firearms/rifles/bl-22/current-production/bl22-micro-midas.html, which I last accessed on September 9, 2019.

3. Attached as Exhibit B is a true and correct printout of the webpage available at https://www.sigsauer.com/store/p238-hd-micro-compact.html, which I last accessed on September 9, 2019.

4. Attached as Exhibit C is a true and correct printout of the webpage available at https://www.kimberamerica.com/pistols/micro, which I last accessed on September 9, 2019.

5. Attached as Exhibit D is a true and correct printout of the webpage available at https://www.jaxxindustries.com/product-page/micro-galil-5-56-nato, which I last accessed on September 9, 2019.

6. Attached as Exhibit E is a true and correct printout of the webpage available at https://cz-usa.com/product/cz-scorpion-evo-3-s2-pistol-micro-w-brace/, which I last accessed on September 9, 2019.

7. Attached as Exhibit F is a true and correct printout of the webpage available at https://deserttech.com/media/download/2017_catalog/mobile/index.html, which I last accessed on September 9, 2019.

8. Attached as Exhibit G is a true and correct printout of the webpage available at https://www.glockstore.com/Longhorn-Slide-Pull-Charging-Handle, which I last accessed on September 9, 2019.

9. Attached as Exhibit H is a true and correct printout of the webpage available at https://www.keltecweapons.com/firearms/pistols/cp33/, which I last accessed on September 9, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2019.

/s/ *Timothy J. McGinn*
Timothy J. McGinn