


(/)

Home (/)  /  Products (/products.html)  /  Firearms (/products/firearms.html)
/  Rifles (/products/firearms/rifles.html)
/  BL-22 (/products/firearms/rifles/bl-22.html)
/  Current Production (/products/firearms/rifles/bl-22/current-production.html)
/  BL-22 Micro Midas

Download Hi-Res Image (/content/dam/browning/product/firearms/rifles/bl22/micro-midas/Browning-BL-22-Micro-Midas-024115-2180.jpg/_jcr_content/renditions/original.img.jpg)



# BL-22 Micro Midas

A true BL-22 lever action rimfire made for the smaller shooter.

**Get your young (or just smaller) shooter off on the right track.** All it takes is a high-quality Browning BL-22 Micro Midas. The differences trimmer dimensions, a shorter barrel for reduced weight and a 12" length of pull that is perfect for smaller frames. The BL-22 Micro Midas is in a class by itself.

**Lots of choices. Why the BL-22?** Sure, there are other lever-action 22 rimfire rifles available, but no other has the features, reliability, quality and accuracy of the BL-22. Speaking of features, the



highlight of the BL-22 is the short 33° lever throw that makes cycling faster for adults and easier for younger shooters.

**The best magazine tube design.** The easy to load tubular magazine holds any combination of 22 short, long and long rifle ammunition, all of which are on the menu for the BL-22. The magazine tube uniquely locks tight when pushed in place. Very secure and easy. Unlike some 22's the BL-22 features quality that rivals other Browning firearms. From the machined steel receiver to the fit of the finely finished wood, these superb rifles are Browning's through and through. Bring one along the next time you head into the field on a varmint hunt or just to roll a few tin cans.

## Item Selector

| Caliber | Barrel Length | Weight | MSRP | More Options |
|---------|---------------|--------|------|--------------|
| 22 S L LR | 16.25 | 4 lbs 12 oz | $589.99 | ▼ |

| | |
|---|---|
| **Item Number** 024115103 | **UPC** 023614071242 |
| **Caliber** 22 S L LR | **Barrel Length** 16 1/4" |
| **Overall Length** 31 1/2" | **Length of Pull** 12" |
| **Drop at Comb** 7/8" | **Drop at Heel** 1 1/2" |
| **Weight** 4 lbs 12 oz | **Magazine Capacity** 11 |
| **Twist Rate** 16" | **Barrel Finish** Polished Blued |
| **Stock Finish** Gloss | **Wood Grade** Grade I |
| **Receiver Finish** Polished Blued | **Chamber Finish** Polished |
| **Barrel Material** Steel | **Barrel Contour** Light Sporter |
| **Stock Material** Black Walnut | **Recoil Pad** Plastic Buttplate |
| **Checkering** None | **Sling Swivel Studs** None |
| **Receiver Material** Steel | **Trigger Finish** Gold Plated |
| **Bolt Slide Finish** Brushed Polish | **Magazine Type** Tubular |
| **Trigger Material** Alloy | **Trigger Guard Material** Steel |
| **Trigger Guard Engraving** Buck Mark in Gold | **Drilled and Tapped for Scope** No |

**MSRP** $589.99



## Additional Product Information


(/products/firearms/rifles/bl-22.html)

.



### CONNECT

      

### WE SUPPORT

 (https://membership.nrahq.org/forms/signup.asp?campaignid=XM013482)  (https://www.nssf.org/safety/own-

it-respect-it-secure-it/)  (http://www.dontlie.org/)



 (http://gunvote.org/)

Read More (/community/we-support.html)

## LINKS

Accessibility (https://www.browning.com/support/ada-accessibility.html)
Get a Browning Catalog (/support/catalog-download.html)
Browning Ammunition (http://browningammo.com/)
Browning International (http://browning.eu/)

## CONTACT

One Browning Place
Morgan, UT 84050
800-333-3288
801-876-2711

© 2016 Browning. All Rights Reserved.  Legal (/legal.html)  |  Privacy Policy (/privacy-policy.html)