Search    SIG STORE

P238

- P210
- P220
- P225
- P226
- P229
- P238
- P320
- P365
- P938
- SP2022
- 1911
- LEGION
- M17

# P238 HD MICRO-COMPACT CA COMPLIANT

The beauty of our 1911-inspired micro-compact sporting a natural stainless steel finish. California Compliant Only

★★★★★ 4.5 | 16 Reviews

Write a review

| VIEW MODELS | HOW TO BUY? |

### SHARE THIS

  

⇄ ADD TO COMPARE

SPECS    REVIEWS    RELATED    HOW TO BUY

# SPECS

**CALIBER**
380 Auto

**ACTION TYPE**
Semi-Auto

**FRAME SIZE**

Micro-Compact

**FRAME MATERIAL**

Stainless Steel

**FRAME FINISH**

Stainless Steel

**SLIDE FINISH**

Stainless Steel

**SLIDE MATERIAL**

Stainless Steel

**ACCESSORY RAIL**

N/A

**TRIGGER**

SAO

**BARREL LENGTH**

2.7 in (69 mm)

**OVERALL LENGTH (IN)**

5.5 in (140 mm)

**OVERALL WIDTH**

1.1 in (28 mm)

**HEIGHT**

3.9 in (99 mm)

**WEIGHT (OZ)**

20.5 oz (581 g)

# DETAILS

The P238 HD is just a fraction of the size of our full-size pistols. A smart looking, small handgun built with the same accuracy and reliability as large frame SIG SAUER pistols. With an overall length of just 5.5 inches a height of 3.96 inches, the SIG SAUER P238 is the ultimate firepower in an all metal frame concealed pistol. The P238 HD is built on an all stainless beavertail style frame with black G-10 grips.

★★★★★ 4.5 | 16 Reviews

Search topics and reviews

## Reviews

Write a review

**Rating Snapshot**

Select a row below to filter reviews.

| | |
|---|---|
| 5★ | 13 |
| 4★ | 1 |
| 3★ | 0 |
| 2★ | 1 |
| 1★ | 1 |

**Average Customer Ratings**

| | | |
|---|---|---|
| Overall | ★★★★½ | 4.5 |
| Accuracy | | 4.4 |
| Trigger | | 4.4 |
| Ergonomics | | 4.3 |
| Quality | | 4.6 |
| Reliability | | 4.5 |

1–8 of 16 Reviews                    ❓ Sort by: Most Relevant ▾ ☰

---

**thedefchef**
Santee, CA
Review **1**
Votes **12**

★★★★★ · 8 months ago

**BEST CCW Firearm Ever!!**

I bought this to try out as a new primary conceal. I am soo stoked with this firearm! It is a great size, shoots amazing and small enough to put wherever. Best thing is that it is CA compliant.

**Rounds** 250-500
**Would you recommend SIG SAUER to a friend?** Yes

Accuracy

Trigger

Ergonomics

Quality

Reliability

Helpful?    Yes · 12    No · 0    Report

**Anonymous**

Los angels

Review **1**

Votes **6**

★★★★★  · 5 months ago

**BEAUTIFUL**

love thos gun picked it up today and I cant stop staring and loving it, sleek, sexy, powerful yet petite and easily concealed got the HD version and now a proud owner of a p238 HD

**Rounds**  0 to 250

**Would you recommend SIG SAUER to a friend?**   Yes

Accuracy

Trigger

Ergonomics

Quality

Reliability

Helpful?    Yes · 6    No · 0    Report

**Dinky**

Thailand

Review **1**

Votes **5**

★★★★★  · 6 months ago

**Great**

I like to shoot it. It easy to control. I love it.




Accuracy

Trigger

Ergonomics

Quality



Reliability

Helpful?    Yes · 5    No · 0    Report

---

**jim/judy**
Nor-Cal
Review **1**
Votes **8**

★★★★★ · 6 months ago

### Wife loves it

Upon delivery I dismantled and cleaned all packing oil off. After reassembly and during function check I noted that any time slide was racked with right hand palm down the Slide stop fell out (Note Jon's previous review 6 mo ago). After several more wipedowns to remove oil missed the first times, I felt nervous but we went to the range. Several brands and several rounds later with no faults at all we went home. Slide stop now works perfectly as designed. Wife very happy with her shot patterns and now with Crimson Trace laser attached is confident that this .380 is her favorite

**Rounds** 250-500
**Would you recommend SIG SAUER to a friend?** Yes

Accuracy

Trigger

Ergonomics

Quality

Reliability

Helpful?    Yes · 8    No · 0    Report

---

**Chelsea**
Southern California
Review **1**
Votes **10**

★★★★★ · 7 months ago

### Love it!!!!!

I bought this a couple months ago and absolutely love it! Haven't had one issue at all. Is very accurate and fun to shoot and love that it's just like a mini version of my 1911. Love how small and compact it is and much easier to conceal (this is my ccw). Very happy with my purchase and look forward to purchasing more from Sig Sauer.

**Rounds** 500-1000
**Would you recommend SIG SAUER to a friend?** Yes

Accuracy

Trigger

Ergonomics

Quality

Reliability

Helpful?    Yes · 10    No · 0    Report

| | | |
|---|---|---|
| **jon59** <br> Eastern Ca. <br> Review **1** <br> Votes **7** | ★★★★★ · 7 months ago <br> **Great** <br><br> Fired 300 rounds so far with no problems. I will fire 500 before using as a CCW firearm. I was concerned about the lack of power of a 380, but with name brand HP ammunition I get more than 12" of penetration in water filed milk jugs. This might replace my Glock 36 because it is so easy to carry. <br><br> **Rounds** 250-500 <br> **Would you recommend SIG SAUER to a friend?** Yes <br><br> Helpful?    Yes · 7    No · 0    Report | Accuracy <br><br> Trigger <br><br> Ergonomics <br><br> Quality <br><br> Reliability |
| **Don451** <br> Irvine, CA <br> Review **1** <br> Votes **8** | ★★★★★ · a year ago <br> **P238 An awesome carry gun** <br><br> Love it. Very accurate in a small package. Put rosewood grips on it and it looks gorgeous. <br><br> **Rounds** 250-500 <br> **Would you recommend SIG SAUER to a friend?** Yes <br><br> Helpful?    Yes · 8    No · 0    Report | Accuracy <br><br> Trigger <br><br> Ergonomics <br><br> Quality <br><br> Reliability |
| **Hirodds67** <br> SoCal <br> Review **1** <br> Votes **2** | ★★★★★ · a month ago <br> **Sig Sauer?** <br><br> I just got this yesterday together Sig branded ammo. I have a number Sig Sauer pistols and rifles. All of them have functioned flawlessly, no misfires or any failures. This is the first Sig pistol I ever had any failure. I shot 150 rounds | Accuracy <br><br> Trigger <br><br> Ergonomics |

of Sig branded Ammo-4 times it failed to load/eject. It is nice looking pistol but it does not live up to Sig standards. Maybe because its new or because it's the California version? If I can return this $800 firearm, I would.

Quality

Reliability

**Rounds**  0 to 250

**Would you recommend SIG SAUER to a friend?**  Yes

Helpful?   Yes · 2   No · 0   Report

**Response from SIG SAUER, Inc.:**

SIG SAUER, Inc  · Customer Service  · a month ago

Dear Hirodds67: Thank you for taking the time to submit a review for the P238 HD Micro-Compact CA Compliant. We would like the opportunity to ensure that you are a satisfied customer. Please contact SIG SAUER Customer Service at (603) 610-3000, option 1, and we will be happy to assist you.

1–8 of 16 Reviews

## MODELS

Browse by individual sku to find the right product for you.

DEALER LOCATOR   ONLINE RETAILERS

| SKU | CALIBER | MAGS INCLUDED | SIGHTS |
|---|---|---|---|
| 238-380-HD-CA | 380 Auto | (1) 6rd Steel Mag | SIGLITE |

### RELATED PRODUCTS

All



SIG SAUER Nemesis Pocket Holster - P238

$25.00



380ACP, 90GR, Elite V-Crown, JHP

$18.95

As low as: $17.06



P238 6rd .380ACP Magazine

$44.00



380AUTO, 100GR, Elite Ball, FMJ

$20.95

As low as: $18.86



P238 7rd .380ACP Extended Magazine

$44.00

**BROWSE PISTOLS**

SIG SAUER **Academy**

Shop **Magazines**

Shop **BDX**

**SHOPPING INFO**

MY ACCOUNT

PRIVACY POLICY

RETURNS POLICY

SHIPPING POLICY

TERMS OF SALE

TERMS OF USE

STAY CONNECTED

 GET UPDATES



© SIG SAUER 2019. All Rights Reserved.