Log In    My Wishlist    My Cart    Find Dealers    Product Search

NEW PRODUCTS    HANDGUNS    RIFLES    PEPPERBLASTER    MEDIA

SUPPORT    SHOP

Handguns    Micro



## Kimber Quality in a Pocket-Size .380 ACP Package

Micro slides are made to the tightest allowable tolerances, with barrels machined from stainless steel for superior resistance to moisture. All Micro frames are shaped from the finest aluminum for integrity and strength. In many respects a miniature 1911, among the most important Micro design advantages is a single action trigger with the kind of short, smooth pull that ensures accuracy and builds confidence. The thumb safety, slide release and magazine release are pure 1911 as well. Standard features include a lowered and flared ejection port for

flawless ejection and a beveled magazine well for fast, positive loading. Sights are steel – not plastic – and mounted in machined dovetails for additional integrity. Each Micro includes an extended 7-round magazine.

Ideal for shooters with small hands as well as those who insist on mild recoil combined with enough power for concealed carry or home protection, Micro pistols are the right choice for many applications. Best of all, they offer unequaled Kimber quality, dependability and performance.

Micro Two Tone

Micro Desert Night

Micro Crimson Carry

Micro Desert Tan (LG)

Micro CDP

Micro Covert

Micro Raptor

Micro Eclipse

Micro Special Editions

Micro TLE

Micro Stainless

