HOME    SHOP    ABOUT US    CONTACT    SERVICES    GALLERY    HELP    Blog     0



Home / Micro Galil (5.56 NATO)





# Micro Galil (5.56 NATO)

$2,650.00

OUT OF STOCK

## Specs

Caliber - 5.56 NATO
Receiver - CNC Warrior
Overall Length 27in
Weight Loaded - 7.2lbs
Weight Unloaded - 6.6lbs
9.5in barrel 1:7 RH Twist (41v50 Alloy Steel), Threaded M13X1 RH & Heat Treated
Standard IMI Flash Hider (threaded)
Custom tuned action - Rails, Bolt & Carrier
Left-side charging
IMI Micro Galil Side Folding 699 Stock
IMI Micro Galil 699 1913 Picatinny railed gas tube
IMI Micro Galil Polymer Hand Guard w/ heat shield
IMI Micro Galil Pistol Grip
Custom tuned G2 double hook trigger
Fire controls - Hebrew
Finish - Cerakote
1 35rd IMI Steel Magazine, 2 Tapco Galil PMAGS

   

**Description:**
Originally made by Israeli Military Industries, the Micro Galil's production was highly limited, making it very rare to even come across. This sought after, subcompact version of the standard Galil assault rifle was especially popular with Israeli Police and Special Forces Units.

Rarer yet than the Micro Galil itself are the left side charging variants of this scarce model. JAXX Industries recently came into a small lot of left-side-charging Micro Galil kits, and have begun reprodicing the iconinc Micro Galil in Semi-Auto for the civilian market. This is now one of the only rifle caliber PDW's on the market today.

**Custom:**
We do offer custom cerakote & stippling through Valkyrie Combat (www.valkyriecombat.com) and custom engraving via Trinity Suppressors. If you have a custom finish in mind or you would like some custom engraved selector icons please give us a call at 702-485-4722 lets discuss your project today!

Built to order, Ships in 4-6 weeks

All NFA Regulations apply.  Each state's laws dictate what can or cannot be possessed in its own state.  Some county's within each state are different as well.  Please contact your local ATF Field office with any ATF questions or concerns you may have.

BATF Form 3 will be filed immediately upon receipt of your local dealers FFL file copy. Please email FFL for transfer to Info@jaxxindustries.com, include the order number in the subject line.

JAXX Industries LLC reserves the right to use discretion when selling to each individual state.

***ORDER WILL BE CANCELLED IF THE FFL  FOR TRANSFER IS NOT RECEIVED WITHIN 48HRS. Email a copy of the FFL to Info@jaxxindustries.com***

About Us >>

Join our mailing list!
Never miss an update

✉ Email Addr…

Subscribe Now

©2017 JAXX Industries LLC

Quick Links >>
NFA
NON-NFA
Parts/Accessories
Gallery

Help >>
Contact
FAQ
Shipping & Returns

Contact >>
310-600-7852
702-485-4722
Info@jaxxindustries.com
900 Wigwam pkwy #155
Henderson, NV 89014

Follow Us >>
