



Dealer Locator

Search CZ-USA

PRODUCTS   DEALERS   SUPPORT   COMMUNITY   COMPANY

LINKS   SPOKESMAN   LE/MIL

# CZ Scorpion EVO 3 S2 Pistol Micro w/ Brace



## DESCRIPTION

With a 4" barrel and HB Industries short handguard, this diminutive Scorpion is the result of our development of a smaller, suppressed Scorpion for an undercover drug interdiction unit. With a collapsed length just over 16 inches, this pint-sized pistol features a NoOsprey faux suppressor from the

folks over at SilencerCo. Its telescoping SB Tactical arm brace extends for additional stabilization, making this one potent little package.

Iron sights ride on a top Picatinny rail perfect for mounting optics. With 1/2×28 threads hidden underneath the factory flash-hider, users can fit either 1/2×28 or 18×1 accessories to the muzzle.

Simple and reliable, the Scorpion not only has ambidextrous controls, its non-reciprocating charging handle is swappable and reach to the trigger is adjustable.

With a wealth of accessories and attachments available for the Scorpion platform, customization can easily be done with a number of braces, grips, forends, magazines, safeties, mag releases, charging handles and triggers designed specifically for the EVO 3 platform.

Current production Scorpion pistols lack the 3/4″ sling slot on the left side of the action that is present on earlier variants.

The CZ Scorpion EVO 3 S1 Pistol is legally classified by the ATF as a **pistol**, and is intended by CZ-USA to be used as a pistol. Under current federal law and ATF policy attaching a stock to this pistol – or attaching a device which is then used as a stock or intended to be used as a stock – constitutes the making of a short-barreled rifle which requires registration with ATF and the payment of the applicable tax. Users of the CZ Scorpion EVO 3 S1 Pistol bear the sole responsibility for ensuring their use of the firearm complies with all local, state, and federal firearms laws.

## SPECIFICATIONS

### CZ Scorpion EVO 3 S2 Pistol Micro w/ Brace
CZ Scorpion EVO 3 S2 Pistol Micro w/ Brace (low capacity)

| | |
|---|---|
| **Product Name** | CZ Scorpion EVO 3 S2 Pistol Micro w/ Brace |
| **SKU** | 91348 |
| **Firearm Type** | Handgun |
| **Purpose** | Home Defense |
| **MSRP** | $1,211.00 |

Case 1:19-cv-06982-ELS Document 25-5 Filed 09/10/19 Page 3 of 6

| | |
|---|---|
| Chambering | 9mm Luger |
| Magazine Capacity | 20+1 |
| Magazine Type | Double stack polymer |
| Frame | Fiber-reinforced polymer |
| Grips | Polymer, adjustable for reach to trigger |
| Trigger Mech | SA |
| Sights | Adjustable |
| Barrel | Cold hammer forged, muzzle threaded 18x1 |
| Barrel Length | 4.12 in |
| Weight | 5.5 lbs |
| Overall Length | 16.35 / 23.35 in |
| Height | 9.4 in |
| Safety | Ambidextrous thumb safety |

**David** – August 28, 2019:

I bought the EVO 3 S2 micro this past spring on a whim. I have an UZI and haven't shot it in many years. Pistol caliber carbines and sub guns don't do much for me. However, this little micro is different. It's about the handiest little gun I have ever handled. It's quick pointing, easy to carry and accurate. I can shoot it standing unsupported and keep all the rounds from a magazine in the head portion of an FBI "Q" target at 25 yds and more times than not do the same at 50 yds. It's just a delight to handle and shoot. I cannot remember the last time I had so much fun shooting a gun at the range. Everyone that shoots mine ends up with a huge smile on their face and proclaims they want one. I like this little gun so much I intend to get one more.

**James J Folks** – July 29, 2019:

This is a solid, well made pistol. Fun to shoot and was a hit at my range. One of the best firearm purchase i have made a in along time.

**Chad** – April 16, 2019:

The Evo 3 S2 micro is a winner! Compact size and designed to fit a variety of suppressors, thank you CZ!
Reliability is typical CZ, I have yet to get a malfunction in any of my CZ or DW firearms!! This micro Scorpion model is one of my favorite to shoot! Solid, accurate reliability!

**Frank** – March 18, 2019:

Thanks for listening to your customers. I now have the entire family. All of them are keepers. The micro is a great compact package. It is a pleasure to shoot. Many rounds down range with no problems . Keep up the good work!

## Leave a Testimonial

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

☐ Save my name, email, and website in this browser for the next time I comment.

**Post Testimonial**

## Questions? Contact Us ➤

Privacy Policy    Terms of Service    Copyright    Trademark