





DESERTTECH
TOMORROWS WEAPONS
MDR®
MICRO DYNAMIC RIFLE
Legal Notice: The export of this product outside of the USA is restricted by the State Department under ITAR rules. All transactions must adhere to US laws. Unauthorized exporting of our products is strictly prohibited.

# DESIGNED INNOVATION

THE MDR IS DESIGNED FOR FUTURE DEFENSE NEEDS. Its compact size and superior ergonomics maximize its portability without sacrificing speed, power, or precision. The MDR allows mission specific adaptability by changing the rifle's length, sound signature, and caliber. Its fully-ambidextrous design allows seamless shoulder transitions. The MDR delivers advanced firepower for the future patriot.

DESERTECH
TOMORROWS WEAPONS

Legal Notice: The export of this product outside of the USA is restricted by the State Department under ITAR rules. All transactions must adhere to US laws. Unauthorized exporting of our products is strictly prohibited.






The MDR has unrivaled portability because it is lightweight, compact, ergonomic, and balanced with an overall length of 26.2" and a weight of 8.4 pounds.

## AMBIDEXTROUS

The MDR is fully ambidextrous with no modification necessary. Our patented forward ejection mechanism and intuitive controls set a new bullpup standard for speed and precision.

## SPECIFICATIONS

| Caliber | Barrel Length | Rifle Length | Weight | Barrel Twist |
|---|---|---|---|---|
| .223 Wylde | 16" (40.64 cm) | 26.2" (66.55 cm) | 8.4 lb (3.81 kg) | 1 in 8 |
| .308 Winchester | 16" (40.64 cm) | 26.2" (66.55 cm) | 8.4 lb (3.81 kg) | 1 in 10 |
| .300 BLK | 16" (40.64 cm) | 26.2" (66.55 cm) | 8.4 lb (3.81 kg) | 1 in 8 |

Legal Notice: The export of this product outside of the USA is restricted by the State Department under ITAR rules. All transactions must adhere to US laws. Unauthorized exporting of our products is strictly prohibited.







MDR

# ADAPTABLE

The MDR is adaptable in both size and caliber. It can quickly convert between multiple calibers, and its gas-block incorporated picatinny rail and the Desert Tech barrel retention system allows for consistent return-to-zero between conversions. The barrel is also truly free-floated by design so barrel whip does not affect accuracy.

## AVAILABLE CONVERSIONS

Each conversion kit comes with a barrel assembly, bolt head, magazine, and magazine well adapter (if applicable).

- .223 Wylde
- .308 Winchester
- .300 BLK

See previous page for a complete list of technical specifications.

Each rifle includes a chassis and one complete conversion kit.

## AVAILABLE COLORS

FDE FDE BLK BLK

FDE: Flat Dark Earth BLK: Black
(Stock Panels/Receiver)

Legal Notice: The export of this product outside of the USA is restricted by the State Department under ITAR rules. All transactions must adhere to US laws. Unauthorized exporting of our products is strictly prohibited.

# REFLEX HANDGUARD

## MINIMIZES LENGTH

The MDR Reflex Handguard is designed for use with an over-barrel suppressor. This type of suppressor keeps the rifle both supremely compact and balanced even when suppressed, and the MDR Reflex Handguard aids the shooters maneuverability by adding an extra 1.5" to the handguard for additional grip space.





DESERTTECH®
TOMORROWS WEAPONS

Tip of 16" MDR barrel
Reflex suppressors can fit as far as 5" back inside the MDR Reflex Handguard
The AMTAC CQBm adds only 3.7" to the overall length of the MDR by keeping the other 4" behind the muzzle
Tip of 16" MDR barrel

AVAILABLE COLORS FDE BLK

## MAXIMIZES PORTABILITY

Over-barrel suppressors redirect muzzle gases to the back of the suppressor before exiting, which greatly reduces gas blow-back, in addition to reducing the overall suppressed rifle length compared to traditional end-mount suppressors.

Legal Notice: The export of this product outside of the USA is restricted by the State Department under ITAR rules. All transactions must adhere to US laws. Unauthorized exporting of our products is strictly prohibited.