

CART: 0 (/cart)

(/) 🚚 OVER $100 SHIPS FREE (https://www.glockstore.com/free-shipping-policy) 📅 30-DAY GUARANTEE (https://www.glockstore.com/shipping-and-returns) T$T TOPSHOT TUESDAY (https://www.glockstore.com/tst-ff-sign-up) 👥 TRAINING (https://www.glockstore.com/training) 📖 FREE CATALOG (https://www.glockstore.com/request-catalog) NEW PRODUCTS (https://www.glockstore.com/Misc/new-products)

TOP 5 GLOCK UPGRADES (https://www.glockstore.com/top5home)

CUSTOM GLOCK GALLERY (https://www.glockstore.com/custom-build-gallery)

GS CUSTOM GUN SHOP (https://www.glockstore.com/custom)



() () () () () () () () () () () () () () () () () () () () () () ()
() ()

# LONGHORN SLIDE PULL CHARGING HANDLE

$49.95

★★★★★  (5 Reviews)

SKU: 1103

Select options  >

QTY.

1

**ADD TO CART**

ADD TO WISHLIST

VIDEOS



PRODUCT DESCRIPTION

Makes it easier to rack the slide - replaces Gen3 or Gen4 slide cover plate in seconds!

Three styles available:
Short Horn (approximately 3/4" in length)
Long Horn  (approximately 1.25" in length)
No Horn  (just 1/4" each side)

Available in Black, Silver, Red, Blue, Gold, Pink

ADDITIONAL INFORMATION

## YOU MAY ALSO LIKE



(/Slide-Pull-Charging-Handle)

★★★★★

(/Charging-Handle-for-Glock-42)

★★★★★

(/Charging-Handle-for-Glock-43)

★★★★★

() ()

## CUSTOMERS WHO BOUGHT THIS ITEM ALSO BOUGHT



(/Double-Diamond-3-5-Pound-Connector)

(/Heavy-Extended-Aluminum-Magazine-Base-Plate)



(/Glock-Factory-High-Capacity-Magazines)

★★★★★ ★★★★★ ★★★★★

() ()

Reviews **4.8** ★★★★★ >

## SIGN UP FOR EXCLUSIVE SALES AND PRODUCT NEWS

username@domain.com | JOIN

STORE LOCATOR (/RETAIL-SHOWROOM)    REQUEST A CATALOG (/REQUEST-CATALOG)

SHOP

COMPANY

SUPPORT CENTER

MY ACCOUNT

CONTACT INFO

FOLLOW US

(https://www.facebook.com/GlockStore) (http://youtu.be/user/glockstore) (https://instagram.com/glockstore)

DISCLAIMER:

"GLOCK" is a federally registered trademark of Glock, Inc. and is one of many trademarks owned by Glock, Inc. or Glock Ges.m.b.H. Glockstore.com is not affiliated with nor endorsed by Glock, Inc. or Glock Ges.m.b.H.

© 2019 Glockstore. All Rights Reserved

BACK TO TOP