Pistols | Rifles | Shotguns | Parts & Accessories | Gear | Sign In

Search …

# CP33™

## BUSINESS IN THE FRONT – PARTY IN THE REAR



The .22 target pistol market needed an update, so we answered the call with the CP33. CP stands for Competition Pistol and 33, well... it holds a staggering 33 rounds in each magazine, right out of the box.

# Features

## CAPACITY – ACCURACY – VERSATILITY

### MULTI-PURPOSE PISTOL

Equipped with a Picatinny-style top rail and a MAGPUL® M-LOK® slot built into the dust cover, the CP33 is ready to accept your favorite optics and accessories. Train, compete, plink

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   | Sign In |   Search …



## AMBIDEXTROUS

As ambi as this handgun can be, the CP33 offers a safety lever on both sides of the grip, a heel catch magazine release and a unique charging handle located at the back of the receiver.



Pistols   Rifles   Shotguns   Parts   **KELTEC**   Accessories   Gear   | Sign In |   Search …



# SIGHTS

Adjustable fiber optic sights, 9 inch sight radius and threaded barrel come standard, making short work of bullseyes and paper bad guys.



feat. Generally, the term *quad stack* refers to magazine carriers… not here. Each CP33 magazine holds 4 rows of .22lr, allowing for serious flush-fit firepower. That's 66 rounds of fun right out of the box.



## Specs

### RIGID – RELIABLE – BALANCED



Pistols   Rifles   Shotguns   Parts   KELTEC   Accessories   Gear   | Sign In |   Search ...

# CP33™

## MSRP: $475

|  | STANDARD | METRIC |
|---|---|---|
| **CALIBER** | .22LR | |
| **WEIGHT UNLOADED** | 1.5lbs | 669g |
| **MAGAZINE CAPACITY** | 33 | |
| **OVERALL LENGTH** | 10.6″ | 269mm |
| **BARREL LENGTH** | 5.5″ | 139.6mm |
| **BARREL THREADS** | 1/2-28 TPI | |
| **TWIST RATE** | 1 in 14″ | |



DOWNLOAD MANUAL

# Parts



SHOP NOW

Pistols | Rifles | Shotguns | Parts | **KELTEC** Accessories | Gear | Sign In

Search ...

# Accessories



**SHOP NOW**

# Gear



**SHOP NOW**

## KELTEC INFO:

About

Careers

Distributor List

Terms & Conditions

Privacy Policy

Pistols    Rifles    Shotguns    Parts    KELTEC    Accessories    Gear    |  Sign In  |    Search ...

Owner's Manuals

Discontinued

## NEWS:

Press

Blog

## CUSTOMER SERVICE:

Shipping & Returns

Warranty

Support Center

Support Ticket

Contact

  



  

© 2019 KELTECWEAPONS.COM ALL RIGHTS RESERVED

HANDCRAFTED BY