UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NE YORK

CASE NO. 1:19-cv-06982-LLS

COMMAND ARMS ACCESSORIES, LLC
And CAA INDUSTRIES, LTD.

    Plaintiff,

vs.

ME TECHNOLOGY, INC.,

    Defendant.
_____/

## SECOND DECLARATION OF TAL HERMONI

1. From January 2017 until May 2018 I was the CEO of CAA Israel.

2. From the first day I took over the company we had cash flow issues and debt to suppliers and state agencies.

3. Through a group effort of all of CAA workers, we implemented a plan to heal the company and improve the financial situation.

4. During my tenure as CEO I was shown company information that Mr. Moshe Oz drew money out of our company account illegally and acted in a way that was not in keeping with the difficult financial situation the company faced.

5. Because of what was stated above, a meeting took place with the company's lawyer, Mr. Eyal Abromov, myself and Moshe Oz. In this meeting we both warned Moshe that if he continued his illegal and unethical actions I would have no choice but to resign. We also warned Moshe of the danger of his actions.

6. Unfortunately Mr. Moshe Oz continued his illegal actions and did not adhere to the warnings from the company's lawyer or me. Because of these actions and other actions that were included in my 16/5/2018 letter, I decided to resign under constructive termination to preserve my legal rights.

I declare under penalty of perjury of the United States that the foregoing is true and correct.

Executed on 09/08/19 (date)

_____
TAL HERMONI

Scanned with CamScanner