EXHIBIT "1"

# Resume
# Michael (Mikey) Hartman
11040 SW 38th Drive, Davie Florida, 33328 , USA
Mobile: +1 954-994-9550 email: mikey@caagearup.com

**Experience:**

2016 - Present    CEO of CAA USA Ltd and CEO and Co-founder of Hartman Optics Ltd.

2014 -2015    CEO of CAA Israel Ltd and CEO and Co-founder of Hartman Optics Ltd.

2010 - 2013    CEO and Co-founder of MSE Excellent Ltd.

2000 - 2009    Lieutenant Colonel - Commander of sharp shooting, marksmanship and light machine guns division of the IDF
- Responsible for training the entire IDF military with use of personal and sharp shooting weapons and LMG.
- In charge of the school which trains all of the shooting instructors of the IDF

1997-1998    Officer in charge of ambush training south Lebanon 1997-1998

1993 -1997    Commander of marksmanship division of the IDF. Rewrote the entire training doctrine of the IDF

1990 – 1993    In charge of sniper and marksmanship training Givati brigade, IDF.

1988 – 1990    compulsory service, IDF:
- Enlisted the IDF infantry in at the age of 19 as a lone soldier
- Tour of duty in Lebanon and Gaza – 1989
- Active sniper in Gaza 1989-1990
- Shooting champion IDF 1989-1990

**Education:**

1998   - 2000 B.A in Logistics  - Bar Ilan University

**Personal:**

Born and raised in the USA

2011 – present    Director of Big Brother Organization for lone soldiers.

2005 – present    Director of HESEG - Foundation for Former Lone Soldiers