EXHIBIT "2"



