EXHIBIT "3"



SOFMAG.COM

**BURN PITS:** WAR ON TERROR'S AGENT ORANGE?

# SOLDIER of FORTUNE

JUNE 2013

THE JOURNAL ...COM

## IDF MASTER SNIPER

**FLAK: Flame Retardant Uniforms for the Troops**

## DRONES and TERROR

**Troops Gourmet Feasts?**

**Deadly Battle of Sangin**
**Women Troops Under Fire**
**Three Green Berets Help House Vets**

### TERROR SITREP

### NIGERIA: CULTS AND VOODOO

### SHOT SHOW
**Blackhawk!, Kimber, Maxpedition, Rock River Arms, ProEars, Armalite, TNVC, RM Equipment, Kahr Arms, Laser Devices, and Kel-Tec**

$5.99
0   71486 02061   5
06>



# בול פגיעה



הרמטכ"ל שוחח לידית כלידך הרובה    צילום: מיכאל קרמר

■ מאת עמיר רפפורט

כשמייקי הרטמן אוחז את רובהו במטווח, עיניו בורקות. הוא עוקב בדריכות אחרי תרגולי מדריצציה, ונראה כרובה עצמו. כשהוא מוחה את המזג, הסובייינים פונים אליו כשהוא אוחז רובה. התרגיל האחרון עליו ביותר הוא לחדיר את שמו על הקרקע במצעות הקליעים, הטויינים במטווחים של עשרות מאות הסטנדים בוה. הרטמן, ראש מדיר קלי כצה"ל, הוא אחן מהבאהו יצא דופן. בצה"ל טויינים שרובסרו "צו מהטכס". של מתם כתחום הקליע. לדריך אחם של המפס"ם. כל מהמאה כתראני תרוסאו של הרטמן מהטיוח הקליעין לא תהיה מופרהח. הוא פשוט מיוח סינה את כל סד שהה נהוג לפני.

■ ■ ■

הרמטכ"ל, 29, גרל ילדד מסונן וסהיר בבת של רב אורתודוקסי בשכונת הליליטיו הבורולו"הילם שבזילסואנצ"לם. הרבר היתד בילדותו תהציד על סד שאוכן לי עתידו היה המנהג לירדות לעבר עצמם שונים בחדרו, באמצעות רובה אויר. הוא לא היסה להתיר אבגרד את הקיר. למציות ליבה של אימו. לישראל הגיע לבד לפני עשר שנים כדי ללמד באוניברסטה, אבל כשהאה חויים כרתאם החיים כאופן סטמנתצ להתנייס. הוא הצם בגבעה, וכבר בטיחונות הוגלה בכל ביקורני קליעה מעולה. למרבה הגבהה. הוסיפנא של כ למטווחיס היו טובם כרתבה מאלה של מצ"דיו. בשנה השלישית שלו בצ"אלויה, וחו שד הספו עד שם ששרים נספעה. בסד ביקסיו הקליו הוא שם סביה, הצ"ע לו ליותשאר ביבצא כתבע, ומיניו כאותאו על תחום הקלין בצה"ל היה מסכפכ.

כהוא למתנ בשק הינו בשכבים בזכל תרחד משמשו של חיים בצ"ה. בשק ביקריו לרדות לעד בשסטחם זה טבם כתרצה מאלה של מצ"דיו. בשנה ראשונה בטל בצ"לרצ, וחו שר כף שני אלבצ"לויה, זחו ציד המהנג עד שם ששרים נספעה. בסד ביקסיו הקליו הוא שם סביה, הצ"ע לו ליות שאר כיבצ כתבע, ומיו כאותו על תחום הקלין בצה"ל – שכריה.

## כידר סודר לרב אורתודוקסי בבורולו"הילם, ירה מייקי הרטמן ברובה אויר לעבר מטרות שונות בחדרו ● ביום, כראש יונף קליעה בצה"ל, הוא נהוג לחרות את שמו על הקרקע במצעות קליעים ● בשנה האחרונה הוא גרם למהפכה: הישגי החיילים במטווחים בשטח פתוח השתפרו בשערות אחוזים

רכינה ועדירה – וכוח מסורדים חמיסה מצבי די שנים. הרטמן פתיח 100 תרגילים ב"צ"ה החיילים מתאמנים גם בשטחים פתוחים ולא רק במטווחים.

במהלך סלמול הכשתתם של לוחמי הח"י בעבר, הנתון רק במה ימים לשימוני יר. כיום, כל ח"י, גובי שבועות של אימה. במטח ארבעה מדריך יר בחמרה הירד כל המפס"ם. יש צויים במיקום הדרהצו שפעילי מומדה היומצ 53 מדריצים – בערבן מדריצים – ומתאמצע

כ על שנה עשרות אלפי חיילים הסרן ה"שניס של ח"י צ"ה במטווחים כשטח פתוח – מתמ"יצו לי דע"ל אהדיי מנ"צה.

אסרי של מעד מסונ מתנ"חיס חילום איש בלבנון. הרטמן זוקר יוקר את הארינים. בסינ"ון, זובעאים הפליים לשימוני במה תרגילי" יר חדשים לשי"דוי יכולחם של ח"ילים בעצומים פנים מול פנים עם המהפ"צו. בעד ח"ילים לא מהתכוננים רק לצעוג בסברה, אלא מתותרגים גם לכוון גמידרת התורהם של ם ומתכן אתט במקט.

"אם"ם לא זה כל"צ מורדים להדבעצ", אמר הרטמן, "אבל לירהם הד כעד מאד מורבכ. כיום החיים לוגמים גם מהו הסלולד.

הודצוי חושת לאבסים וחלאמה אישית של המוסנהו וזרניים של החיילים.

הרטמן הוא רוהק, לפי גרסתו הוא נשוי לצ"ל: ביום שא"ני לו משמח בארית, הוא מגלה במסע את כ"זמת השתו בבסט וספיים את יום הסעתה בסט נוס. הרהוים נדיין מתקנהים כשנם כל יבד טוב. הוא יחוד לאנ"הצן ונדר שם מפסמים, אבל הוא מעיף לשהו סברי הדרך כתום הסלינ"ים.

"אמרים על שאני קצת "משוגע" בנל שא"ו מסור למסצ"ים הזה", אמר הרטמן, "אבל האמת היא שהד"ות כולן של"י, או הרי"ח מאוד בנ"הולי"הילים. כא"ה הי"ו ל"י חיים מאד משלמהמים, ולא היי"חי צ"ד להתצער כי הכל זה הולך ל"י בקלי קלות, ליכ"שם וא"ת, מתברר לי כאו שכבוים היוצצים השיסים השישים, הב"צמוע של ה"ח"ים משתפריס בקיצוג בלבנון – וזה נוחן ל"י סיפוק עצם".

כמטור אמ"תי למסצ"ים, מחיים הרטמן באופ"ם פרני אקרח מנום 44 ענק, מהתוני סרו"אים ב"ירהי"צ"ל רק מצ"הטר סעולה. וא"ה ירה כבד יותר מ60% אלפי מחרים, ממטסר לספור. "מצה לצ"ל" כ"י כד שכבוים התמפ"וד יצ"א ל"י לירות בלי"צך הרבה. והסיגים של"י במטווחם כ"מ מהמ"וים גם כ"שואה מ"תענצ וממטה"ר מאוד דצ"ק, – וא"ה ל"א מפסו"ת.

כצ"ל מ"טבצרו בי קלי"עה, הכ"ל הרובה זהה ה"קריב החיי"ים להבמט"רד בנ"ל הנסק שלהם, לב"ין של"צד – שכ"ד מ"הוקות ו"רן חיי"ים סמ"תמ"יס במ"ה משני הצ"מה. מפלנם מ"יצרם למ"פחרה גברו"ם ש"תם ה"דיק – מ"מה לצ"ל" כ"י כד שכ"בוים התמפ"וד גם כ"שואה ו"תענ, וא"ה ל"א מפסו"ת.

כקר"ב מ"יס הרטמן את תפקיו כראש מדר קלי"עה, קצ"ר ב"ני"א ונ"צהי"ג ראה"י, ה"ת"י אלום "א"ר נ"ה, ו"ה"יה או"תו ל"ראש מדר הצ"ל"ים, כד ש"תכ"כנ ה"הפ"ה גם ב"תהסוצ"ה.

weapons and accessories are fairly new to the spotlight. Attention getters this year included a hefty interest in Fabrique Nationale with the MK16 (SCAR-L) and MK17 (SCAR-H), Milkor USA's rotary 40mm grenade launcher (firing training ammunition at the demonstration), and Talley Defense Systems' upgraded M72 training launcher that accurately portrays the concussion, noise, and back-blast of the real thing while sending a training round down range.

Drake Clark and Nick Booras of Magpul Industries took the opportunity to run an unofficial test on the P-MAG incorporated with the M249 SAW. Over 5,000 rounds were fired with zero failures to feed and only one misfire (literally a primer failed to detonate when struck). The Polymer magazine held up well and showed no signs of succumbing to hard use and heat, which is quite impressive on a belt fed weapon not renowned for its reliability feeding from magazines. Certainly this kind of unofficial test is not empirical data, but it is an interesting gauge of the product's performance.

In the optics arena, NVS Systems with their Medium Thermal Weapons Sight (MTWS), modeled on the Army's AN/PAS-13D MWTS, saw heavy use. The sights replicate the systems currently replacing the bulky and cumbersome PAS-13B in Army BCTs and provide a marked ergonomic advantage due to their compact size. The medium weight model was utilized mounted on a 7.62mm MK48 machine gun throughout the demonstration and never missed a beat. The simple push pad on top of the sight simplifies operations that were difficult with the previous



**Above: Lt. Colonel Michael Hartman of the IDF demonstrates the Tavor Assault Rifle from Israel Weapons Industry. Lt. Col. Hartman's presentation on the final day of symposium papers was the topic of much discussion long after his final words. (Courtesy of Lt. Col Hartman)**

PAS-13Bs and allows a soldier to switch from white to black hot, adjust contrast, and change aiming reticles all from a centralized location on the device. Battery size is also nearly half of the original PAS-13B system with an improved life span. With an all-weather day and night aiming ability, the MTWS is a valuable battlefield asset whether used for engagement or observation and a shining example of incremental improvement when compared to its predecessors of only a few short years ago.

After the demonstration was well underway, some observers would have noted a mysterious white van and the large metal container it delivered surrounded by frantically busy representatives from Israel Weapons Industry. As soon as a break in

firing occurred, the containers imprisoned contents found its way to the firing line despite a delay at U.S. customs. The Negev and Tavor had arrived at the range. The low recoil and innovative Negev was a show stealer attracting attendees from across the range that were drawn to the first few sustained one hundred round burst fired by an ambitious Israeli operator. Easily maintained on target even from the shoulder the open bolt, select-fire Negev produces a distinctive report reminiscent of an MG42. Complimented by IWI's TA21 Tavor and MicroTavor Bullpup assault rifles which were both handy and accurate, the Israeli contingent featured an impressive suite.

### The Professional Paper Presentations

Possibly the biggest draw to the NDIA Small Arms Symposium is the variety of professional papers delivered during the forum sessions. Besides the aforementioned JSSAST update, this year's event saw industry professionals from the military and commercial side of the house deliver a salvo of topical briefs highlighting emerging technology in arms and ammunition, critical analysis of the testing and acquisition process, and statuses of current programs. Topics ranged from one end of



**Left: Lt. Colonel Michael Hartman of the IDF displays the IWI MicroTavor.**

of the Hague convention while highlighting the ability of modern ammunition types to make soldiers more effective while contributing more to the overall humane objective of the Hague convention than standard ball ammunition does.

Regardless of the outcome of future events it is certain that the carbine debate is simply a picture of a larger discussion about the way the industry functions both on the military and commercial side. Despite being an emotional topic for some, there is no doubt the presentation accomplished the end of stimulating more interest in the issue. To this day, the topic remains one that inspires many otherwise bashful people to state strong and confident opinions. Only time will tell what the next development will be. At the moment, the ball is in both courts.

Despite the over shadowing carbine controversy, other papers had a large impact, but probably none so much as LTC Michael Hartman's presentation on the development of the Negev light machine. LTC Hartman gave a dirty boot presentation in true infantry soldier fashion. As a former NCO turned officer, Hartman's background is steeped in experience as a member of the Israel Defense Force's

## GATLINGGUNS.COM
### GATLING GUN KITS FOR AK-47 & 10-22
## 2 Lb Exploding Targets
## Steel Targets
## Shooting Benches
## & Much More !
sales@gatlingguns.com    928-854-3538

Givati Infantry Brigade. In regards to the Negev, Hartman illustrated the features of the weapon and the combat demands that inspired them noting it was only developed after extensive comparative testing of available LMG's to include the Minimi. This development approach lead to the weapon's prominent features including a low profile feed tray cover half the length of the M249, which allows a soldier to stay more covered and concealed while utilizing the weapon, a selector switch enabling semiautomatic fire inspired by unique Israeli small unit tactics, and a high but controllable cyclic rate empowering Negev

gunners to advance through near ambush scenarios. Other features of the Negev include a left folding stock for vehicle use, a built-in diagonal mounted assault handle providing troops a second control point, rifle grenade compatibility, ability to fire less-than-lethal ammunition, a quick change barrel, an adjustable gas regulator, and an internal safety that prevents the bolt from closing from any position other than fully cocked. After the presentation LTC Hartman took the time to elaborate further in a one-on-one discussion explaining that part of the goal in the Negev's development was to create a durable, light, and



## A safer net-shooting gun
## powered by compressed air
### Sourced by the National Police Agency in Taiwan

While most netguns on the market are powered by gunpowder, we've developed a model that relies on safer compressed air. The fact that it's hermetically sealed means it stays gastight for over two years. And don't let its compact size fool you --- this unit shoots nets an impressive 8 meters. It's no wonder the National Police Agency in Taiwan, for the last two years running, has ordered over 3,000 units annually.

Our acceptance rate on this product is 99.9 percent --- 5 percent better than the industry average. This gives us the confidence to offer two-year guarantees with all our goods.

Supply us with your OEM/ODM specifications and we'll create the exact item you need. Contact us today.

**Taiwan-DI Technology Co. Ltd**
2F, No. 231 Chang Hsin Road, Sec. 3, Lu Chu Hsiang, Tao Yuan, Taiwan
Tel: (886-3) 324 0865    Fax: (886-3) 324 0833
E-mail: di.tech@msa.hinet.net    www.taiwan-di.com

Multipurpose aluminum netgun
• Dimensions: 39 x 7.2 x 17cm    • Weight: 1600g
• 16m² polyethylene fiber net

effective LMG that can also serve in the assault rifle role if need be. Emphasis was given to ease of use and maintenance for the operator while making the weapon light, short, and reliable.

Hartman followed the Negev brief with yet another unique weapon, the Israel Weapons Industry (IWI) MicroTavor, Israel's latest assault rifle configuration. With the standard Tavor-21 assault rifle already replacing Israel's mixed fleet of M16 and M4 type weapons, the MicroTavor is a smaller, more ergonomically friendly version of the current Tavor design. The Tavor captured the interest of the crowd particularly because of the relevance of a combat proven army replacing their current systems with a new long stroke gas piston Bullpup design. During his brief, LTC Hartman explained, "We love the M4, our country would not exist with out it." but noted the weapon was a stop gap measure until the IDF and Israeli industry could produce a weapon specific to the nation's needs. Hartman emphasized smaller and lighter has become the focus of the IDF infantry which often fights in confined battle spaces. "There are no more long weapons in Israel, we take the old M16s and make them into short weapons." he added. The Tavor and MicroTavor are only three quarters the length of the M16 and M4 comparatively yet maintain nearly equal barrel lengths. Hartman also cited increasing stoppages with the older weapons in the inventory as an indicator it was time for a replacement.

A rapid departure from the conventional platform, the IDF integrates the Tavor Bullpup on the initial training level to recruits. This method has born fruit as it avoids building habits that must be changed when switching from a conventional platform to a Bullpup. LTC Hartman noted that the change over to the Tavor has proceeded smoothly and, once retrained, soldiers and commanders alike praise the weapon and its performance. The MicroTavor itself was developed for specialized use and can be converted from the standard 5.56mm configuration into a 9mm select-fire submachine gun. A true modular system, the Tavor incorporates the optics mounting platform integrated with the barrel as a one-piece unit assuring zero retention when devices are remounted. Israel Weapons Industry (IWI) sought to address the commonly known faults with Bullpup designs by producing a weapon that takes minutes to change from left and

right hand configuration and incorporating a thumb actuated ambidextrous bolt catch just behind the magazine well combining magazine changes and rechambering the weapon into one smooth motion. The MicroTavor even incorporates a feature most American users would immediately appreciate: a magazine release button operable by the firing hand while holding the weapon, which when paired with the location of the MicroTavor selector, give the weapon's ergonomics a familiar M16 feel. Over all, the Israeli small arms upgrade seems to be a fine example of soldier inspired incremental improvements while the tiny nation of Israel is fielding one of the most modern and mission relevant squad level small arms fleets in the world.

It should be noted that the staff of NDIA small arms did a fantastic job preparing and providing support to the briefing. Other presentations were delivered throughout the duration of the symposium besides those mentioned here, far too many to address, especially with any detail. A full listing of presentations and their associated visual aids can be found on-line at NDIA's website. It is important when planning for this event to utilize the NDIA supplied program to manage your time. Between time on the exhibition floor with the vendors, the firepower demonstration, and professional papers, there is little room for anything else.

**Closing**

At the end of the week, as participants headed home, there was a sense that high intensity topics at this years Small Arms Symposium had turned up as many new questions as they had new answers. Spawning dialogue is exactly what this forum is about. It's unquestionable that this event is influential in molding the nation's small arms vision and provides the basis for coordinating military and commercial assets to achieve the most important goal as stated on the 2008 symposium program, "Enhancing Small Arms Effectiveness in Current and Future Operations." It is interesting to see the "system" in action and the many committed people, both military and civilian, both developer and operator, all united for the common interest of giving the dirty boot warfighter what he needs to do the job of defending freedom across the globe. ▨



**TOMMY GUN**

*Thomson*

KAHR ARMS

OWN A PIECE OF AMERICAN HISTORY!

Auto-Ordnance: Original manufacturer of the world famous "Tommy Gun"

**Thompson 1927A-1**
**"Deluxe Semi-Auto Rifle"**

Shipped with 30 round Stick magazine
• 10 round drum magazine - optional
Tommy Guns are banned in CA & CT.

Made with Pride in the U.S.A.

KAHR ARMS
P.O. Box 220, Blauvelt, NY 10913
Consumer Sales & Service: 508-795-3919
Wholesale, Dealer, Police Sales: 845-735-4500
Website: www.tommygun.com / www.tommygunshop.com

## The hottest shot in the IDF has his superiors running for cover

*By Sue Fishkoff*

Mike Hartman, a 27-year-old lieutenant, heads the IDF marksmanship unit. Not only does he teach soldiers how to shoot, he's in charge of teaching the instructors who go out and teach everyone else in the army, navy and air force how to shoot.

He's a pretty good shot himself – the country's national shooting champion for the past six years, in fact.



Not bad for an Orthodox boy from Beverly Hills.

Hartman strides into his caravan office at the IDF marksmanship base near Bet Shemesh, his souped-up .44-16 over his shoulder, the long-barreled 357-Magnum that has earned him the nickname "sheriff" in his holster, and a broad grin plastered across his face. If the IDF needed a poster boy, they wouldn't have to look far.

"I love the army," he says, his words tumbling over each other in rapid-fire enthusiasm. "I love to shoot, and I know I'm good at it. I love my soldiers, I love my work. I wake up every morning with a smile on my face. They think I'm

a little crazy, but I couldn't be happier."

Hartman looks younger than his years, but his incredible shooting skill has catapulted him to the top quickly, and gives him the self-confidence he needs to order around his ranking superiors on the shooting range.

"I have captains under me," he notes. "I deal with higher ranks all the time, and I don't convince them I know what I'm talking about. I would n't be able to get anything done. I guess I'm pretty confident, but in this field, you need it."

Hartman was born in Memphis, Tennessee, and moved as a child to Los Angeles. His parents divorced when he was 11, and his father, an Orthodox rabbi, went back to New York. He studied at a yeshiva, and in 1986, at the age of 18, he came to Bar-Ilan University for a one-year course. He never went home.

"I saw an Israeli soldier on the street, and I knew that's what I wanted to be," says Hartman, who is no longer observant. "I'd always dreamed of being a sniper, since I was a kid. That was the first word I learned in Hebrew."

His mother, who had made him sign a pledge not to join the IDF, was furious. "She cut me off, emotionally and financially," he says. "I sold my Nikes, my camera, everything I had. It was a nightmare. It took her four years to grasp the idea that I'm staying here."

Now, Hartman says, his mother visits often and is "very supportive" of him. "She worries about me, like every Jewish mother."

HARTMAN joined the IDF through hesder, a program for yeshiva students who also do army service. He spoke virtually no Hebrew when he had his first meeting with his commanding officer, who was skeptical when this brash California kid said he wanted to be an IDF sniper.

"The guy didn't know what to do with me, but they tested me, and saw I was good," Hartman says. "I've been shooting since I was five or six years old. I'd line up toothpicks in the backyard, and shoot at them with a BB gun." Until that recruitment test, however, Hartman had never shot a real gun.

With little Hebrew, and no family or social support system, Hartman got through basic training on sheer motivation. "Somehow I always understood what they meant, with my eyes," he says.

At first, Hartman rose to become the best shot in Givati, for the past six years, he's been the best shot in the country.

He's headed the IDF marksmanship unit for the past two years, teaching soldiers who go on to become shooting instructors. "The women in my unit are the best in the army," he says. "I've taught thousands. They're known as Mikey's Angels."

Although he rents a room on a

moshav near Rehovot, he stays on base over most holidays.

"I never take vacation," he says. "What would I do? I've lived in 13 apartments in Israel, but I don't think of any of them as home. This is my home."

He also lectures regularly to the Givati program for soldiers without families, remembering his own lonely first years in the army.

"Everyone knows me, because I stick out," he says. "I have an accent, I move around a lot, I give speeches in every officers' course, and I have all these strange things on my gun." Hartman's short M-16 is equipped with an experimental optic (sight from Elbit, which he has been testing for the IDF, and has an oral magazine that is permanently attached to the gun barrel, so it snaps quickly into place.

And, of course, the Clint Eastwood-style 357-Magnum. "I use it for motivation," he laughs. "Everyone wants to try it out, so I tell my classes that the one who shoots best that day can shoot with my handgun."

HARTMAN SAYS he's happiest when he's teaching. "I love to see the smile on a new soldier's face when he's just learned how to shoot," he says with satisfaction. "When I give a class, it's like a shot of adrenaline."

In June 1994, Hartman was sent with 49 other platoon heads on an IDF trip to Europe. In Switzerland, at a reception attended by more than 800 soldiers from 15 countries, he competed in a shooting contest.

"Each country nominated one guy, and we had a William Tell contest," he relates. "The target

was 10 meters away, and we had to hit it with a Crossbow dart gun.

"I can't stand to watch people shoot wrong, so I kept stepping in and helping the others aim. The Israelis were throwing things at me! I was last up – I was really nervous. I knew that if I lost, they'd cut my veins, after I helped the other guys."

Instead, Hartman got the only bullseye. "Suddenly there were 50 Israelis jumping up on the tables and singing, 'Moshiach, Moshiach!' It was ridiculous, I know, but it was a highlight of my life."

Hartman has already left his mark on the IDF. In his two years at the helm of the marksmanship unit, he's revamped the more than 100 shooting programs used to train soldiers, and has created or redesigned virtually every shooting position used by the IDF today.

He estimates he's shot more than 600,000 bullets during his army career. How far can he hit a mark? "As far as I can see: 350, maybe 400 meters," he says with a shrug.

Hartman has signed on to serve until the year 2004. Next fall, he'll leave his post to return to university at the IDF's expense, to earn his BA in philosophy. "I love everything to do with the mind," he says. "I meditate, for concentration. I think that's why I'm the best shot in the army – I know how to concentrate."

"I give everything I have to the army, but the internal satisfaction I get back is tremendous," he says. "I have no girlfriend, no personal life. But that's OK for now. I feel I'm giving something to this country. I could have been a rich lawyer in Beverly Hills with a nice house and three kids. Instead, I'm doing something with my life."



Mike Hartman: The women in my unit are the best in the army. They're known as Mikey's Angels.



www.bamahane.co.il ● גיליון 14 (2984) ● ט' בניסן התשס"ט, 3 באפריל 2009 ● המחיר: 10 ש"ח

**התכתבים הגנוזים:**
יוסף ארגמן חושף
התכתבות נדירה בין
יצחק רבין הצעיר
לרמטכ"ל יעקב דורי

**שיח צלבים**
הקמ"נים שעשׂו את
"עופרת יצוקה"
מדברים לראשונה

# כוונות טובות

חדל אש: סא"ל מייקי הרטמן, הגורן של המטווחים,
עוזב את תפקיד ראש תחום הקליעה ומסכם יותר
משני עשורים מבעד לכוונת הנשק ● עמ' 36

# מייקי לב הזהב

זה התחיל בילדון אמריקאי שלא נפרד לרגע מאקדח הצעצוע, המשיך בחייל בודד שהכריז בלי בושה: "איי וואנה בי א צלף" והסתיים בראש תחום קליעה מיתולוגי – שמדריך כל מג"ד חי"ר ● סא"ל מייקי הרטמן, שפורש כעת מתפקידו, מסכם יותר משני עשורים של אהבה גדולה ● "פשוט הלך לי טוב עם הנשק", הוא מסביר

נילי כהן

צילום: איתי כהן

א"ל מייקי הרטמן, ראש התחום הקליעה בצה"ל, היה אמור להיות עוד ערך מ... מעלית. הילדות המתוקתקה בלוס אנג'לס היתה אמורה להסתיים בעתיד זה לזה של חבריו בכיתה? היולם. דווקא המפגש התמים לבצורה עם הספר השכונתי הוא זה שהוביל אותו לחתרך לאיש המקצוע של צה"ל בכל מה שקשור לקליעה. וליידי. התצנרף החזה בהריי של הרטמן התחילה באוץן שנוחהם קלות בכמהלך המסנורה. הפציעה ההיא וזכחה אותו באקרה בעעוע. וערך זה נמשוץ באלפי צה"ל שמגעים לימי אימון בהדרכתו במתקן אדום, בכביכים בתעשיות הביטחוניות.

שמהייגעים עמו על בסיס קביע ומפקדי גדודי החי"ר שמגיעים לימי עיון בנושם קליעה לפני שהם נכנסים להפקיד. לא תהיה זו הגזמה לטעון שאין לוחם של אל מכיר אותו, בטח לא כזה שמתהדר בכפ"ל קלע, שמתמצא בתקפתו.

"כשהייתי צעיר, המיר המתוכנבתי עם רובה אוויר", משחזר הרטמן הדעש שפורש כעת מתפקידו. "היינו הוקנצע קוסמי שיניים בחצר הביית יורה לעברם מחלון בהבית. הטילה הראשונה שלמדתי בעברית היתה 'צלף'. המלחם שלי היה להיות צלף כמולגי, זה כל מה ששמעתתי עליו בארצות הברית. הייתי חולך ליגאן קלאבים'. כל החיים שלי חמד היתי קשור לירי. במבט לאחור, אני

המשך בעמוד הבא



הרטמן במקומו הטבעי:
המטווח. "כל החיים שלי,
תמיד הייתי קשור ליֹרי"



מרצה ב'בית קובי' בגבעתיים. "אולי יום אחד אהיה קצין חיילים בודדים ראשי"

לו פרופיל 21, והוא הבין שבעשׂרים - זו שׂירה הכרובה. "היום, כתור סא"ל, אני עובר באותה רמת קשר שעבדתי בתור חייל בודד סג"מ, הוא מסכיר. "אתה כל הזמן צמוד/ה גם שׁבניעים ועם הצורך להגיע. אני לא טיפוס של פני-אליף, אני שׁרוט לגמרי, אני קורא לטירונים 'אחי'. זה שׁהענין למצב שׁמגיׁעים כחד"ר לא נכנסים להתפיתר לפני שׁהם מדברים איתי - זו אמירה. ואני חושׁב עליהם. הרבה יותר מּיׁ שׁׁ בשׁביׁם, הם יוֹדעים את זה. הרבה יותר טוב שׁלהם יהיה טוב מאשׁר שׁלי יהיה טוב."

"למחנתם שׁלׁי הׁגיׁעו חברים מהצבא - עם פרחים אדומים לעצמנים, ופרחים סגולים לכבענים. אלי הכרובים שׁלי, המשׁפחה שׁלי. כשׁאתה חייל בודד, המילה 'אחי' הופכת להיות יותר מסלוֹל. היא הופכת למשׁהו אמיני". עכשׁיו, אחרי שׁשׁ עשׂרה שׁנה בתפקׁיד, הׁוא מתקשׁה לחלׁיט מה יׁעשׁה ביום שׁאחרׁי. זה כבר ברור לו שׁאמת־נתׁוׁ הגרעׁונה - צׁל"ל וחיׁיׁלׁים בודדׁים - מׁשׁיׁכׁו לׁׁלוׁת אותו. "אולי יום אחד אהׁיה קׁצין חׁיׁילים בודדים ראשׁׁי, הׁוא מׁוֹדׁה. "זה התחׁום שׁהׁכי קׁרוׁב לׁׁלׁׁי. אחׁרׁי שׁעשׁׂיׁתׁי כׁל כׁך הׁרׁבׁה שׁנׁים בׁצׁבׁא, אׁני לא פׁעׁם אׁהׁׁיה בׁׁעׁולׁם הׁׁקׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ. וׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ

צילום / חני הרשפולד



"המילה הראשׁונה שׁלמדתי בעברית הׁיׁתׁה 'צׁלׁף', החׁלׁום שׁלׁי הׁיׁה לׁהׁיׁות צׁׁלׁף בׁׁגׁולׁׁני, וׁזׁה כׁל מׁה שׁשׁׁׁמׁׁעׁתׁׁי עׁלׁׁׁׁׁׁׁׁׁׁׁׁ בׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ. בׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ, אׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ. אׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ, אׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ. אׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ וׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ 'מׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ אׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ' עׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ יׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ גׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ, וׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ שׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ שׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ לׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ גׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁׁ"



## נקלעו בדרכו

בשׁנים האחרונות שׁהעובד בתפקידיו, הׁצׁליׁח הׁרמׁׁ"ט לׁהׁתׁחׁבׁר עׁם לׁא מׁעׁט מׁפׁׁקׁׁׁׁׁים בׁׁׁׁׁׁׁׁׁׁ. קׁׁחׁׁ"ד, תׁׁׁׁׁׁׁׁׁׁׁ יׁׁׁׁׁׁׁ בׁׁׁׁׁ, מׁׁׁׁׁׁ אׁׁׁׁׁׁ עׁׁׁׁׁׁ לׁׁׁׁׁׁׁׁׁׁ שׁׁׁׁׁׁׁׁׁׁׁ בׁׁׁׁׁׁׁ. "פׁׁׁׁׁׁׁ אׁׁׁׁ מׁׁׁׁׁ פׁׁׁׁׁׁ בׁׁׁׁׁ מׁׁׁׁׁׁ 101 וׁׁׁׁׁׁ גׁׁׁׁ בׁׁׁׁׁ גׁׁׁׁׁ, נׁׁׁׁׁ זׁׁׁׁ. "לׁׁׁׁׁ מׁׁׁׁ זׁׁׁ, לׁׁׁ אׁׁׁ מׁׁׁ הׁׁׁׁ שׁׁ אׁׁׁ גׁׁ בׁׁׁׁ הׁׁׁׁׁ בׁׁׁׁׁ בׁׁׁ לׁׁׁׁׁ מׁׁׁׁׁׁ בׁׁׁ". כׁׁׁ מׁׁׁׁ שׁׁׁׁׁ הׁׁ מׁׁ חׁׁ מׁׁׁׁ הׁׁ, הׁׁ אׁׁׁ. "הׁׁ קׁׁ אׁׁ שׁׁׁ הׁׁ מׁׁׁ הׁׁׁׁ וׁׁ מׁׁ לׁׁ". 

"כׁׁׁ שׁׁ, מׁׁ הׁׁ מׁׁ אׁׁ וׁׁ זׁׁ, מׁׁ אׁׁ הׁׁ הׁׁ בׁׁ"ח", מׁׁ אׁׁ אׁׁ וׁׁ, מׁׁ צׁׁ צׁׁ גׁׁ. "אׁׁ אׁׁ מׁׁ בׁׁ הׁׁׁ וׁׁ הׁׁ שׁׁ הׁׁ שׁׁ הׁׁ, מׁׁ פׁׁ מׁׁ כׁׁ". כׁׁ וׁׁ אׁׁ זׁׁ הׁׁ אׁׁ אׁׁ שׁׁ אׁׁ שׁׁ אׁׁ שׁׁ אׁׁ בׁׁ הׁׁׁ, זׁׁ אׁׁ אׁׁ לׁׁ.

גׁׁ בׁׁ אׁׁ חׁׁ, זׁׁ עׁׁ הׁׁ בׁׁ מׁׁ הׁׁ. כׁׁ 1, זׁׁ אׁׁ את הׁׁ מׁׁ הׁׁ בׁׁ הׁׁׁ. "אׁׁ מׁׁ אׁׁ אׁׁ וׁׁ זׁׁ, מׁׁ שׁׁ מׁׁ מׁׁ"ד אׁׁ, בׁׁ 95, מׁׁ, הׁׁ הׁׁ וׁׁ", מׁׁ אׁׁ. "הׁׁ אׁׁ אׁׁ זׁׁ הׁׁ יׁׁ אׁׁ וׁׁ שׁׁ שׁׁ לׁׁ, זׁׁ לׁׁ חׁׁ וׁׁ , זׁׁ אׁׁ לׁׁ חׁׁ מׁׁ. הׁׁ בׁׁ אׁׁ אׁׁ, אׁׁ יׁׁ 'אׁׁ הׁׁ מׁׁ קׁׁ' (אׁׁ מׁׁ לׁׁ הׁׁ בׁׁ 'גׁׁ') וׁׁ שׁׁ 'גׁׁ'. קׁׁ שׁׁ פׁׁ מׁׁ בׁׁ בׁׁ, בׁׁ 2002, מׁׁ עׁׁ הׁׁ כׁׁ יׁׁ מׁׁ הׁׁ. "מׁׁ זׁׁ הׁׁ שׁׁ, אׁׁ עׁׁ מׁׁ חׁׁ אׁׁ צׁׁ. דׁׁ לׁׁ מׁׁ הׁׁ שׁׁ אׁׁ מׁׁ לׁׁ בׁׁ. כׁׁ מׁׁ הׁׁ מׁׁ לׁׁ שׁׁ שׁׁ לׁׁ לׁׁ מׁׁ . וׁׁ, הׁׁ, רׁׁ, מׁׁ יׁׁ. הׁׁ, מׁׁ הׁׁ נׁׁ גׁׁ, וׁׁ מׁׁ אׁׁ אׁׁ".

המשׁׁך מׁעׁמׁוׁד קׁׁׁׁׁ

מׁׁ הׁׁ, כׁׁ פׁׁ שׁׁ סׁׁ - תׁׁ דׁׁ חׁׁ כׁׁ הׁׁ. "הׁׁ צׁׁ לׁׁ את תׁׁ הׁׁ, הׁׁ מׁׁ. "כׁׁ אׁׁ עׁׁ מׁׁ שׁׁ רׁׁ, לׁׁ אׁׁ מׁׁ. הׁׁ הׁׁ לׁׁ עׁׁ דׁׁ וׁׁ עׁׁ כׁׁ לׁׁ, חׁׁ עׁׁ צׁׁ"ל וׁׁ מׁׁ קׁׁ הׁׁ לׁׁ אׁׁ מׁׁ רׁׁ - זׁׁ שׁׁ אׁׁ קׁׁ לׁׁ 'הׁׁ קׁׁ'. הׁׁ קׁׁ מׁׁ קׁׁ - שׁׁ הׁׁ נׁׁ בׁׁ אׁׁ הׁׁ.

## לא הׁיׁיׁתׁי מׁסׁפׁיׁק בׁוׁגׁר

האׁוׁכׁ הׁאׁׁישׁׁי שׁׁ בׁׁ חׁׁ נׁׁ מׁׁ קׁׁ בׁׁ רׁׁ הׁׁ וׁׁ בׁׁ לׁׁ. הׁׁ הׁׁ בׁׁ הׁׁ, הׁׁ אׁׁ הׁׁ הׁׁ וׁׁ אׁׁ אׁׁ - הׁׁ כׁׁ לׁׁ אׁׁ הׁׁ לׁׁ הׁׁ. כׁׁ כׁׁ מׁׁ צׁׁ מׁׁ, הׁׁ נׁׁ מׁׁ, אׁׁ הׁׁ וׁׁ הׁׁ מׁׁ הׁׁ לׁׁ פׁׁ לׁׁ הׁׁ. "כׁׁ 'אׁׁ דׁׁ' אׁׁ הׁׁ 'אׁׁ גׁׁ, קׁׁ וׁׁ' - זׁׁ הׁׁ לׁׁ שׁׁ - זׁׁ הׁׁ קׁׁ. בׁׁ הׁׁ פׁׁ הׁׁ עׁׁ אׁׁ מׁׁ עׁׁ מׁׁ שׁׁ לׁׁ בׁׁ הׁׁ. "הׁׁ שׁׁ עׁׁ?", הׁׁ מׁׁ. "לׁׁ תׁׁ לׁׁ שׁׁ מׁׁ עׁׁ עׁׁ שׁׁ מׁׁ עׁׁ עׁׁ מׁׁ יׁׁ טׁׁ מׁׁ".

עׁׁ הׁׁ הׁׁ גׁׁ הׁׁ. הׁׁ יׁׁ בׁׁ 'מׁׁ' שׁׁ שׁׁ, קׁׁ הׁׁ עׁׁ מׁׁ הׁׁ לׁׁ עׁׁ וׁׁ פׁׁ הׁׁ נׁׁ בׁׁ מׁׁ מׁׁ. אׁׁ פׁׁ הׁׁ בׁׁ הׁׁ הׁׁ לׁׁ לׁׁ טׁׁ עׁׁ כׁׁ רׁׁ אׁׁ לׁׁ שׁׁ. "יׁׁ עׁׁ כׁׁ בׁׁ הׁׁ מׁׁ סׁׁ שׁׁ בׁׁ". אׁׁ זׁׁ. "אׁׁ שׁׁ רׁׁ אׁׁ מׁׁ הׁׁ בׁׁ הׁׁ לׁׁ רׁׁ חׁׁ הׁׁ עׁׁ דׁׁ הׁׁ. הׁׁ מׁׁ מׁׁ חׁׁ בׁׁ. הׁׁ אׁׁ הׁׁ שׁׁ בׁׁ חׁׁ. הׁׁ הׁׁ גׁׁ הׁׁ לׁׁ אׁׁ. "לׁׁ הׁׁ מׁׁ בׁׁ לׁׁ בׁׁ, זׁׁ הׁׁ אׁׁ נׁׁ. לׁׁ כׁׁ כׁׁ לׁׁ את זׁׁ אׁׁ הׁׁ מׁׁ לׁׁ לׁׁ".

בׁׁ שׁׁ שׁׁ הׁׁ הׁׁ הׁׁ לׁׁ אׁׁ מׁׁ. הׁׁ כׁׁ בׁׁ אׁׁ הׁׁ וׁׁ הׁׁ בׁׁ הׁׁ הׁׁ. אׁׁ בׁׁ אׁׁ שׁׁ בׁׁ לׁׁ שׁׁ.

# עולה עם כוונות

זהו הסיפור על סגן מייקי
הרטמן, שעלה לארץ לפני
שבע שנים, התגייס לצה"ל,
ומאז לא מפסיק להפתיע
את הסובבים אותו
בפעלוליו עם ה-M16

**רוני כספי**
צילום: נמרוד שנית



דרבה סיפורים דברים בבה"ד על סגן מייקי הרטמן,
ומד"ר קליעין האלוף בצה"ל בקליעין בצ'א"ו. ובזרה
כמה דברים. בכה הולך אחד מהם. יום אחד הציוד
וזמן נותנים במהדר לקלע המצוין ולזמר בזמן
שחת הדים. "תעשה משהו, מייקי", אמר החבר
למייקי, והלה שלף את אקדח ירה וכ... לבזן הסובב.
"אבל הזבני עוד חזק", קרא החבר בהשאתו לאזר
שהמחוז לא פסק. "אולי הוא עוד זה, אמר
מייקי, "אבל כבר לא יעשה יותר זבזבוזים".
"הלוואי" שהיית" עושה זאת מכם שאמרים עלי
סאני עושה", צוחק מייקי כשהוא שומע את
הסיפור. אבל מורה שהוא יודע לעשות כמה טריקים נחמדים.
למשל, לכוות את השם שלו בכדורים. או להשחיר 13 כדורים
ברצ'א תרמילים מסודרים על אבן במרחק 25 מטרים. וכל זה
בממצע עמידה. הוא יורה בכל נשק, בשלוש חצי השנים
האחרונות לא הפסיד כדור. "אני לא אדם עם כישרונות, אני
חלק בכל תחום אחר", הוא מצטדק. "אני לא הספורטאי, אני לא
טוב כל כך בלימודים. לכן אני משה לעצמי להשתייך
בקליעה".

**יש נשק שאהוב עליך במיוחד?**

אין לי בעיה עם שום נשק. אני אוהב את כל זה.
מייקי בן 27, יליד מארה"ב, התגורר לפני כמה שנים
בלי לדבר מילה עברית ובאוניברסיטה למד מאנגלית. "המילה
הראשונה שלמדתי בעברית זה שלף. זה שלף. זה אומר
מהמוכן וראשונה סידרה הוא הגנ'י יכולת מרשמות. נפלה מייקי

---

בבה"ד 1 לא קיבלנו
זמן לאפס נשקים
לפני הבוחן המסכם
בירי, ואני ישבתי
לילה קודם ארבע
שעות, ואיפסתי את
כל הנשקים על יבש
כדי שכולם יפגעו

לקודם בלפים, ואחרי עבר קורס מ"כים ונשלח להדריך קליעין
בבא"ח גבעתי. "בבא"ח היתה יורה אחד כדור לשבוע. בסף הכל,
ירית מעל 800 אלף כדור", הוא מספר.
על עצמו נוטא מייקי ה-16M עלי שעלי כוונת אפסית של
אלביא וסלקוון. מספקין בחמנית ומפצה טייית. וזה לא הכל. יש
לו גם אקדח תופי, מגנב 357 קינג וקוברה של קולט. קנה
טייפה אינד'. אקדח גדול. "תור מרדד האקדחים שרוב הקצינים
נושאים, שבמחזור כ'... אתו מספר הטפטוחף הקודם. האלוף
עמנואל סקל, קר"ו. "זה אקדח מפחיד מאוד", הוא צוחק. "אם
מישהו בא לי לפח אזרוז, אתה רק שולף והוא בורח, והאזר יכול
גם להד"י לו אידיו". זה מסקפלה ושמיה קילל.

יש נשקול מיוחד שאתה עושה לפני שאתה יורה?

אני מתרכז.

אתה מלשני לתרגל. יש לך בעיה עם זה?

אין לי בעיה עם זה, כי אני מלמד לא רק להרג, אלא גם
להגן על האזרחים של המדינה וגם החיים שלך.
מייקי היה ה-16M בידו ב-16M בבית כ' של הבא"חים. מאז
1989 הוא לא מתחרה, כי ברוב מ'. יגנב לפני שנתיים, בגיל 25,
נשלף מייקי לבוה"ד 1. שם נתקף כישרון נירף נוסף שלו. הוא
יכול לאפס נשק ביבש, רק לפי הכוונות, בלי ליריה. החיילים
הרגילים, בידים, נוהג'ם ליריות לפני איפוס. "בבה"ד 1 לא קיבלנו
זמן לאפס נשקים לפני הבוחן המסכם בירי, והא מספר, "ואני
ישבתי לילה קודם ארבע שעות, ואיפסתי את כל הנשקים על
יבש כדי שכולם יפגעו. השאר, כמו שאומרים, זה כבר
היסטוריה.



# סא"ל מיקי הרטמן |
## בסיס גדנ"ע שדה בוקר

**ראש תחום הקליעה על המקום בו החזיק רובה לראשונה**

"אני זוכר את הלילה הראשון שלי בקצועיות, רואה את השמש שוקעת על החול, חושב: זה מה סרדיתי. הייתי מה שנקרא, ציוני אחושילינג. חשבתי שאני בכל הכל אלך לצבא לשנה, אחזור ללוס אנג'לס ויהיו לי המון סיפורים לספר לבנות. אבל היום הזה בשדה בוקר זרע בי את הזרע, שם התחיל הניצוץ. אני לא עשה הרבה דברים טוב, אלוהים לא נתן לי הרבה כישרונות, אבל את זה הוא נתן לי.

עוד על מפם גדנ"ע שדה בוקר, הבסיס הוקם ב-1962 בקיבוצו של דוד בן-גוריון, כחלק מחזונו של "הזקן". מטרתו הייתה להבשיר גדודי נוער, כדי להיגמל בהם בשעת מלחמה. המקורו נוסר הבסיס בתוך שטח מדרשת שדה בוקר, אך כעבור עשר שנים הוא עבר למקומו הנוכחי, כסמוך לה.

למה דוזקא בסיס גדנ"ע שדה בוקר? "גדלתי כנער דתי בלוס אנג'לס, קליפורניה. בקיץ שבין כיתה י'-ל- י"א נסעתי לישראל במסגרת קבוצה של בני נוער. כשהגענו למושבים גדנ"ע שדה בוקר נתנו לנו רובה יסו, עניתיקה בואה, ואני זוכר את עצמי מחזיק את הנשק ואומרת: זה מה שאני רוצה.

"אחרי שסיימתי את התיכון, חזרתי לישראל לשנה. אני זוכר שהתקשרתי לאמא שלי מהאריץ ואמרתי לה: 'אמא, אני מתגייס. והיא ענתה: 'לא, אתה לא'. ואמרתי 'כן, אני כך. והיא ענתה: 'אתה לא'. בסוף אמרתי לה: 'אמא, אני בן 19, אני ילד גדול ומתגייס לצה"ל'.

אמרית גואטה, צילום: שי מקין



חי על

**בדיקת דופק**

בעז גאון ואראל סג"ל

תכירו את אורד ויינגייט של המאה ה-21: רב סרן
מייקי הרטמן, ראש מדור קליעה בצה"ל, האיש
שנולד עם אקדח ביד. צפייה ביהורם גאון ובצ'רלס
ברונסון הפושטים על אנטבה שינתה את חייו של
הנער מממפיס, שעשה עלייה מגריסלנד להולילנד,
הסתכסך עם היידישע מאמע, הדהים את אפי איתם
ושינה את כל תורת הירי בצבא. "אישה ואקדח זה
אותו דבר", הוא מגלה במופע סטנד-אפ מיוחד
שקיים בפני אראל סג"ל ובעז גאון, "אם אתה עובד
נכון עם הידיים, הם עושים מה שאתה רוצה"

# כדורים



האחות, שלי: "זאת היא לא מדברת עם אבא שלי"

הרטמן בן 15, בכורתיד הילф: "מילדות רציתי להיות הילד"

איך שוכנע הרטמן לעלות לישראל, כמה כסף הוציאה אמא שלו על ניתוחים פלסטיים ואיך הוא מענב את הספר שלו

# חי על כדורים

אחד הסיפורים עליו הולך כך: הרטמן וחבר טיילו יחד בבסיס צבאי והתודדו על ידי זבוב.
"איזה זבוב מעצבן", אמר החבר, והציע שהרטמן יירה בו. גב. הרטמן שלף אקדח, שחרר ירייה, והזבוב המשיך לעוף.
"אני לא מאמין", אמר הרטמן. "לא פספסתי", אמר החבר. "פספסתי". "הורדתי לזבוב את הביצים".

"כמוני שהיו לי משברים. למשל, בשבוע שעברה היה הר של חול והמתקה שלי היתה צריכה
לעלות על הר. עליתי למעלה ואמרתי: 'זה כבר לא בשבילי'. בסדר 'אנטבה' עם יהודה וואון
לא היו עליות כאלה. זקפתי את הגוליל על האדמה, ואמרתי: 'אני גמרתי עם הצבא'"



בנשק שצבר סבא שלי בבית, הייתי חושף מכות, אולי נולדתי
עם זה, אין לי מושג. הייתי יכול לצאת רחוק, כן. אבל נפלתי על
הראש כשהייתי ילד.

"מה שכן, אני שם בכל מה שקשור לקואורדינציה בין היד
לבין העין, סלינג'ה קלע, סאלידגה, כדור ארג', האדשם. מה שמפגר
לי, כשהייתי נכנסתי בדרכל בתיכון בארצות הברית, על
הסנ שירש שלי היה כתוב "Hands", ידיים.

"אני גם עושה מטיים. יש לי מסר שאני עושה לו מסר והוא
מספר אחוז במינש. אני יודע שזה נשמע רע, אבל זה מסדר. זה
לא בניח שלו, רק תמיד עד שאני גם מסדר".



הרטמן והכוונת. "לימדתי אלפי חיילים לירות"

### יסופי הרטמן הצעיר. אתה מנהיגה
### את חוג השם בקיא. כבאשר נולדי
### ורמנה של אושר בקירמונה



### איך הצעיר הכמל את הרטמן
### פעל הקיר מודע והוא נחשל
### לגור של התולים הבודדה

### הרטמן לומד שאסור להיות ראשון אם
### אחרון, אסור ליטוש מול תח"מ ורצי לא
### לוכח להוסום מיותרת בשביל להשתק

### חי על כדורים

"היה לי קשה מאוד להיות חייל בודד. בכל השנים שלי בצבא לא קיבלתי אף פעם
חבילה, חוץ מפעם אחת: כשהייתי כבר בקבע, חזרתי הביתה, קניתי כל מיני
ג'ופרים, שמתי בקופסה ושלחתי לעצמי. החבילה הגיעה והיתה שמחה גדולה"

באחד הביקורים בארצות הברית הציע לו מישהו 30 אלף דולר, בשביל לבצע "Hit". הרטמן סירב.
זאת אומרת, בכל הידוע לנו, שכן הוא מצרחיף כי מדי חודש הוא מוציא 2,000 שקל ממשכורתו על
החיילים שלו - ברכישים סיבובים מיצות לממשל (בדקון עם החיילים - הם מגבים את גרסת הרטמן)







*בית ספר נייד לקליעה, אימון במיל"י, 5 בינואר 2009 (צילום: איתי כהן)*

# מ ק ב ץ י ר י

ההתגייסות המסיבית של כל מדריכי הקליעה במילואים לטובת תחום קליעה תחושת של משפחה גדולה והוכירה לו במה היא זקן בארץ העניקה לראש תחום הדרכות בעשרות בסיסים

## בול קליעה

**משניה לחירום:** "אימנו את הכוחות במטווחים שונים ברחבי הארץ בתחום הקליעה, הקלעים, והנגב. אימנו מאות אנשים מרחוביות הסדירות, ואלפי לוחמים מחטיבות המילואים. בכל מטווח היה מש"ק קליעה בסדיר או במילואים שהדריך את הכוחות. בכל הכיזור של הכוחות במטווח לא קטן של ציוד לצעד בו התאמנו 53-2 מטווחים במקביל.

"בנוסף הכבנו את הצוות בבית ספר נייד, הסתובבנו בין הבסיסים ומוקדי האימונים, חילקנו חומר כתוב על כוונות חדשות שחלק מהלוחמים לא הכירה, על קלעים שונים ועל הנגב.

"הדבר השלישי שביצענו היה חלוקת אמל"ח מושמר, חילקנו דוורגלי-ישיבה לחטיבת גולני ונגב-קומנדו לכל הגדו"דים של חטיבת החי"ר. האמל"ח הגיע ללוחמים דרך זרוע היבשה".

## ללא ביורוקרטיה

**אנגי:** "סיימנו הפקת הלקחים ממלחמת לבנון השנייה, הוגשה הטמעתאו הניתנה בן נתקלנו ב-2006 היה נושא עזרי הלחימה. לפני מלחמת לבנון השנייה ידינו על ארגו-לחם כי לא היו לנו מטווחים. הפגיעה ידינו להכין את עזרי האימון לפני מצב החירום והבאנו אותם אינם לאן שהלכנו.

"שיתוף הפעולה עם מחלקת תוא"ר היה מצוין. אנשי המחלקה הוו ליצירנו כל הצוות וגביל שעבדנו יחד כמו מטווח משותפת, הצלחנו לעשות סדר ולקדם תוך כמה שהתהליכים

שבדרך כלל היו לוקחים חודשים. "כך הגיע הנגב-קומנדו ללוחמי הגדו"ד בימים ספורים, השלנו מעצמנו את הביורוקרטיה למען הלחימה וזה היה יעיל".

## משמשמה אחת

**הישג משמעותי:** "לא היה חייל אחד במטווח שלא יכול היה להיעזר במדריך קליעה. מיאנו את כל אנשי המילואים שלנו ב-24 שעות. ומדריכי הקליעה במילואים שמחו לעזור, לתת עוד יעוד מעצמם וכל זה בהתנדבות.

"זה הוכיח לי ולכולם שוב שעולם מדריכי הקליעה הוא משפחה אחת גדולה בה כולם נרתמים כדי לתת מעצמם ולעזור כמה שיותר".

## נשק מנצרבין

**נקודות לטיפוח:** "היינו צריכים לעשות סדר בציוד לפני גיוס המילואים, מה שלא התאכשר בגלל הלחץ בזמן. כך נוצר מצב בו



בעט למעט הנשק 777

**שם:**
סא"ל מיקי הרטמן

**תפקיד:**
ראש תחום קליעה במחצ"ר

בעצם למהנו מה יש לנו ומה חסר לנו תוך כדי הלחימה.

"בעיה נוספת היתה שחלק מאנשי המילואים הגיעו עם מקלע A3-3, שהוא המקלע הישן הארוך יותר, ולא עם M4 שבו משתמשים היום.

"נוצרה סיטואציה בה חייל המילואים החדשים קבלו את A3 והיו צריכים ללמוד כיצד להשתמש בו תוך כדי הלחימה, התוכנית של זרוע הישבה היתה לעבור למקלע M4 באופן אבסולוטי, אבל סבור שעכשיו זה יקרה מהר מהמצופה".

## כמה אני זקן

**ישבא עימי:** "היו כמה וכמה רגעים מאוד מרגשים. כשהדרכתי את אנשי המילואים פגשתי הרבה חיילים שהדרכתי בסדיר, אבל לא ציפיתי לפגוש שוב חבר'ה שהתגייסו יחד איתי והיו טירונים בפלנגה. פתאום הם קופצים עלי כנף במטווח, זהיתי את הפרצוף שלהם, אבל היתי זוכר לחזור בזמן שערים שנים אחורה.

"פגשתי גם מג"ד במילואים שהדרכתי בקליעה כשהיה טירון, הו רק הזכיר לי כמה אני זקן - פתאום אני מדריך מג"דים.

"רגע מרגש במיוחד היה לי באחד מימי שישי כשהידדתי לאמן לוחמים בדרום התחתלתי לחלק לקצינים את כלי הנשק שלהם. הרגשתי שאני יוזם, וזו היתה תחושה טובה".

נועה בן-אהרן

EXHIBIT "4"

## Website Redesigns

### NG SOFT
### Jan 2016 - Oct 2018

### New Website
### Oct 2018 - Present





# Website Performance

| Years | Average Monthly Traffic | Total Annual Traffic |
|---|---|---|
| 2016* | 12,808 | 153,700 |
| 2017 | 54,417 | 653,000 |
| 2018** | 109,333 | 1,312,000 |
| 2019 | 172,867 | 2,074,400 |

*Started with new website NGSoft.

**Late October 2018, Redid website with pixal.io Inc.