EXHIBIT "4"

# Website Redesigns

## NG SOFT
## Jan 2016 - Oct 2018



## New Website
## Oct 2018 - Present






## Website Performance

| Years | Average Monthly Traffic | Total Annual Traffic |
|---|---|---|
| 2016* | 12,808 | 153,700 |
| 2017 | 54,417 | 653,000 |
| 2018** | 109,333 | 1,312,000 |
| 2019 | 172,867 | 2,074,400 |

*Started with new website NGSoft.
**Late October 2018, Redid website with pixai.io Inc.