EXHIBIT "5"

50k people visited Caa web site in
the last 2 days 2:58 PM ✓✓

Mar 25, 2017

2 million views !!!!!

Crazy the most watched CAA
movie and in 4 days !!

50 internet orders last night on our
weekend sale of 15%

We will get to 200 orders from
Friday afternoon till Sunday night .

Store in south Florida just called
sold out their 30 stabilizers wants
more 😊

We will ride this wave for as long as
possible 11:09 AM ✓✓

Sorry less than 3 days 😂😂 11:12 AM ✓✓

Moshe Oz

‏אל תג'יק לא לאחר שום לחקוק ושוב להח
מרמנה

יופי 2:45 PM

2:46 PM

+ 〇 ◎ ⬚

Working on it . 😂 😂
We have received a crazy increase
in internet orders .
But more important is around 3
million people now know what the
micro roni is .
Lots of people will go to stores
looking for this product.
Stores already are asking for more .

3:33 PM ✔✔

Tal u guys also receive a big
increase in internet orders I'm sure

3:34 PM ✔✔

**Tal Charmoni**

"כן אנחנו שמחים מאוד אבל לא
בטוחים..."

3:50 PM

Mar 27, 2017

Good night    3:50 PM ✔✔

Micro Roni Stab CAA for Glock 17, 22, 31.
Gun Parts Kits at GunBroker.com
Buy Micro Roni Stab CAA for Glock 17, 22, 31.

that can be VERY big for us.

Over the last 3 (22 of march )
weeks we have received xxxxx in
internet orders .
Any guesses ??
Our average in 2015 was 8 k a
month
Our average in January and
February was up to 45k a month
March and 1/2 of April ???

1:40 PM

On your birthday you cut 10 years
here u need to add much more

1:46 PM

**Moshe Oz**
72
1:46 PM

**Moshe Oz**
Wow
1:48 PM

כפרה
1:48 PM

Much more
1:49 PM

fill the orders          5:06 PM ✓✓

Total orders in march 565 $
5:08 PM ✓✓

Total shipped 360k ,
No sights          5:09 PM ✓✓

**Moshe Oz**
Wow     5:09 PM

Crazy     5:09 PM ✓✓

In your mail is an analysis
5:09 PM ✓✓

Sep 1, 2017

We had a very good month in august.

409 k $ in sales 83k of which was internet , we made a profit this month ( positive ibida of 80k $).

We are 95k above our new forecast ( last 4 months ) .

We had 435k in orders in august of which 80k was internet .

We passed 3 million in sales (660k in internet sales ) this year ( all last year 2.75 and we still have 4 months left )

Our caa Instagram page has exploded.

We did a live Facebook feed last night ( 4th time ) and our internet sales were 3x the daily average .

All of this without selling one MH1 sight in the last 4 months ( I'll get them in late September from India)

I related this info on my call last night with kognito

יום א' Jan 20, 2018
11:11 AM

Thank u    11:11 AM ✓✓

We are having a very good month,
sales and orders
11:14 AM ✓✓

We will pass our budget
11:14 AM ✓✓

Oct , nov , dec, January great
months
11:15 AM ✓✓



11:19 AM

משמח מאוד תודה רבה ליוסי ולכל
חברי ההנהלה הבכירה סוגיו שמוסי
11:20 AM

Yep , we truly believe that as well
11:21 AM ✓✓ ⊙

I'm off to the movies with my far
( den of thieves 😆 )
11:38 AM ✓✓

Jan 20, 2018

יום חמישי שמחו' 11:11 AM

Thank u 11:11 AM

We are having a very good month, sales and orders 11:14 AM

We will pass our budget 11:14 AM

Oct , nov , dec, January great months 11:15 AM


11:19 AM

מעבר לזה החודש תוצאות הגדולים סובה אמשר
עושה יותר ויותר
גם יותר מהיקף לטובה
11:20 AM

Yep , we truly believe that as well 11:21 AM

I'm off to the movies with my fam ( den of thieves 😄 ) 11:38 AM

Th, Jan 20, 2018  office in
Brooklyn, NY but it shipped from PM

Some company in israel is selling
our stuff at below map prices .
Their customers are writing bad
stuff on our Instagram page and I
have to fix it .
They have a Facebook page with all
of our stuff from our page on
theirs . I don't know who they are
but they buy directly from CAA
Israel at low prices

9:26 PM ✓✓

מה זה ?
9:23 PM

החברה מיבוא בכדור
9:27 PM

Check what ? I sent you the link to
their website. You can't k ow who
they are by buying from their
website

9:28 P



איך מגעים לפקור פה

Ok , it's crazy that I need to waste so much energy to fix our reputation when these guys don't even buy from us here in USA and all they do is hurt our distributors and dealers .
It's hard enough doing what we do with the few people who work for us here

9:33 PM ≪

If u hear back from gabi on the shipment from china let me know please

9:47 PM ≪

I made you guys welcome folders . When u check in please make sure they give it to you st the check in .

10:26 PM ≪

Jan 21, 2018



\+         💬   📷   🎤   ‹

Jan 22, 2018



If there would be more than 5 stars, i would give it to this company especially to the CEO Mikey Hartman. He's the coolest and nicest CEO we've ever encountered. I thought at first it was a joke when my husband told me that the CEO Mikey itself was the one who called him regarding for some questions about the purchase from CAA. From then, he's the one who explained everything about it and he even give a great deal for the micro Roni SBR and MH1 red dot sight. We do really appreciate it and most of all, we are so much excited for giving us an opportunity to be one of the guest list at the Shot Show 2018. Can't wait to see you this week. Thank you....

10:43 PM



CAA

10:38 PM

👍 Like    💬 Comment    ↪ Share

 Zachery Neal Frazier reviewed CAA — 😊
January 10 at 5:41pm · 



I borked my stock and was a upset. I sent a PM over and had an immediate response. I received a phone call right after that and was able to get a replacement part ordered. Their service is beyond 5 stars anc highly recommend purchasing from them!

‹

Feb 1, 2018

I'll keep t ...

8:06 PM ✓✓



841k $ in orders in January, our
best month ever

8:19 PM ✓✓

Orders we received from customers
just January

8:20 PM ✓✓

Including shot show

8:21 PM ✓✓

נתעניתה ?

8:20 PM

די יואל

8:20 PM

מה זה כולל

8:20 PM

יפה מאוד

8:21 PM

 

 **CAA**
Mikey Israel, Moshe Oz, Tal, You 

accounting, graphic design).
We also got rid of Laura burgess 5
months ago and 1 of the Rep
groups .
August and September positive
EBITA ( 86k , 65k )    7:54 AM ✔✔

### Oct 23, 2017

 EK Ca reviewed CAA — 😊
18 mins 🏴

can be good product but human service is very bad.
we had to many problems and they never solve them
always ask for more time to solve problems but really
they never to it.



 **CAA**
Product/Service
29,938 likes    

   8:34 AM 

He's from Paraguay.
We must improve our internation 
customer service.

  
May 27, 2018

Hey ,
Just some facts you can share .
1) we have paid 1.4 million $ to Israel so far this year . The most ever paid from USA to Israel in a 4.5 months period ever !!!
2) we are on pace to have our best year ever , all was going great until Tal quit . Unfortunately Moshe decided to change the way things were working and destroyed all the good we had going .
3) we paid Israel so far this year net 7-14 instead of net 45 ,meaning we are paying much sooner than ever .
4) by selling to our competition and encouraging them to sell below MAP Moshe has hurt us as well as Israel and the product . Numerous dealers are complaining about MAP violations on yrs ( tvika ) and mi⦗
roni ( Shacar ) and Moshe even ( __ ) liked a post by Shacar who was promoting selling the stabilizer

  
encouraging them to sell below MAP Mc May 27, 2018 us as well as Israel and the product . Numerous dealers are complaining about MAP violations on yrs ( tvika ) and micro roni ( Shacar ) and Moshe even ( 👍 ) liked a post by Shacar who was promoting selling the stabilizer at below MAP . How can an owner break the contract that gives us exclusivity and encourage others to violate that .

5) by contract we are supposed to pay royalties to SBTACTICAL. Shacar and tvika do not pay them , their lawyers already reached out to us and now Israel is open to law suits as well as them closing America to the stabilizer sells .

6) holding shipments hostage to be pre paid ( which was never discussed nor agreed to ) in a joke that no company in the world could deal with .

7) sending inventory items without POs and expecting to be prepaid is

   
discussed nor agreed to ) in a joke
that no company in the world could
deal with .

7) sending inventory items without
POs and expecting to be prepaid is
again a joke .

8) we in USA have bypassed our
forecast budget every month the
last 12 months including MAY which
we will bypass it by 100k as well . A
shame all the hard work we all did
is being ruined in one week since
Tal left .

12:02 AM ✓✓

May 27, 2018







♡ ◯ ◁   🔖

Liked by **moshe_oz** and **132 others**

**microroni** Sale!!! The Micro-Roni STAB - Advand
Kit at a special price for a limited time. 365 Euro only!
(425 USD). Free Shipping!
www.micro-roni.com

  

May 27, 2018

8) we in USA have bypassed our forecast budget every month the last 12 months including MAY which we will bypass it by 100k as well . A shame all the hard work we all did is being ruined in one week since Tal left .

12:02 AM ✔✔



   

Liked by **moshe_oz** and **132 others**

**microroni** Sale!!! The Micro-Roni STAB - Advanced Kit at a special price for a limited time. 365 Euro only! (425 USD). Free Shipping! www.micro-roni.com #lawenforcement #military #glock

 12:05 AM

Looked who's name " liked" the post which violates MAP rules. Embarrassing

12:05 A ⌄

היי מייקי

Tvika is now the official worldwide distributor of Caa and now he is selling to dealers at under distributor.
2 months from now he killed the micro roni in USA .
No vision                    4:34 AM ✓✓

If you want to do something nice call Asher and say thank you ( as an owner ) for his hard work the last 4.5 years .
I'm sure you heard he quit last night .
He deserves some appreciation for his hard work .
You don't have to of course but it would be a nice gesture .
I'm sure He would love to hear some nice words .          8:47 AM ✓✓


0:16      4:01 PM ✔✔

מדהימה

4:01 PM

Ty   4:04 PM ✔✔

**Jun 5, 2018**

| to 5th | Sales | Sales Orders |
|--------|-------------|-------------|
|  | 149,690.30 | 308,829.4 |
|  | 89,753.47 | 115,428.3 |
| H | 166,836.87 | 178,707.8 |
|  | 220,769.47 | 54,673.5 |
|  | 128,938.47 | 100,776.7 |
|  | 28,276.83 | 3:20 PM |

## Look what he did to us by allowing them to sell so below distributor

3:21 PM ✔✔

2 Shares

❤ Love      💬 Comment

👍❤ **You and 51 others**

**Mikey Hartman**
You were amazing
Yesterday at 9:14 PM · Like · Reply · 👍❤ 2

**Evie Steinberg**

| 1st to 5th | Sales | Sales Orders |
|---|---|---|
| JAN | 149,690.30 | 308,829.43 |
| FEB | 89,753.47 | 115,428.37 |
| MARCH | 166,836.87 | 178,707.87 |
| APRIL | 220,769.47 | 54,673.57 |
| MAY | 128,938.47 | 100,776.76 |
| JUNE | 28,276.83 | 32,979.68 |






| | | 166.836.87 | | 178,707.8 |
| --- | --- | --- | --- | --- |
| H | **Jun 10, 2018** | 17 | | 54,673.5 |
| | | 128,938.47 | | 1:38 PM |

Did u show this to Yuval yet ?

1:39 PM ✓✓

???  3:17 PM ✓✓

No
He was in bucarest since last week
Coming back tomorrow  3:24 PM

I hope Moshe at least paid you guys
He killed us here
Pure evil
Takes a special kind of person to
shoot himself in both( us and Caa )
feet .  3:37 PM ✓✓

**Jun 11, 2018**

Are u still working?  12:58 PM ✓✓

No  1:04 PM

?  1:04 PM

I'm home  1:04 PM


10:08 AM

**Jul 2, 2018**

Received goods from Israel
Jan- 354k
Feb- 218k
March- 402k
April- 375k
May( 1-10th till Tal left) 41k
May ( 10th- 31) Moshe ceo -
0( zero) $
June - 120k
There was another small shipment
that is in " quarantine" that we
didn't need and have 1000s and
won't be sold this year    1:02 PM ✓✓

We are ahead of payment schedule
when all things are taken in account
( kusa , credit for bad products
etc ) 125k was prepaid = before we
are at net 45    1:02 PM ✓✓

Average first 4 months = 3   ⌄
Average last 2 months. = 8
1:02 PM ✓✓

June - 120k
There was another small shipment that is in " quarantine" that we didn't need and have 1000s and won't be sold this year   1:02 PM ✓✓

We are ahead of payment schedule when all things are taken in account ( kusa , credit for bad products etc ) 125k was prepaid = before we are at net 45   1:02 PM ✓✓

Average first 4 months = 337k
Average last 2 months. = 80k   1:02 PM ✓✓

Evrold told me you spoke with him . If you want to talk I'm here   1:03 PM ✓✓

☒ Missed voice call at 1:27 PM

Try calling you back   1:35 PM ✓✓



Joel Warehouse



Sir 9 additional with issues. 2 no top rail, 5 no charging handle ( 1 being a gen 4), 1 no light case, 1 missing screw for slide release.

4:41 PM

Joel Warehouse



 **Shlomi Caa Israel**　　　☐◁　　☎

issues later on if it's ok. 〔 **Sep 4, 2018** 〕 1:32 PM

> You were supposed to send the
> missing pieces on Sunday flight as
> discussed 5 times .
> You did not !!!!
> <u>Tonight</u> another flight left and you
> again did not send the products
> Why ?　　　　　　　　1:38 PM ✔✔

> Why even respond ????
> Joke　　　　　　　　1:40 PM ✔✔

I'm with my son　1:51 PM

It's in the letter,
We didn't get quantities　1:52 PM

> You promised me 200 stabilizer and
> 1000 thr on Sunday shipment
> 　　　　　　　　　　1:54 PM ✔✔

> Don't play stupid . You are not
> 　　　　　　　　　　1:54 PM ✔✔



I'm talking about the missing parts
on products


0:31      2:34 PM ✓✓

**Who pays for the damage to us ?**

2:35 PM ✓✓

Sep 5, 2018

Now that you have sent your "
response " hope u r happy now
When will you ship the product we
paid for and did not
receive???????????????   5:15 AM ✓✓

 **nauderk** 🖤🖤🖤🖤🖤🖤🖤🙏🙏🙏
🙏🙏👍👍🖤😍😍😍😍🙏    ❤️

16h   1 like   Reply

 **smd0201** Wha hand gun does this fit?

4h   Reply

 **callsign_unsure** Cant wait much longer
for my long stabilizer, I hear about a
week to get the new batch in and prob
another week getting orders out?
Already bought mine on like the 23rd..

10h   Reply

 **mecadispro** Me gustaria saber dónde
las puedo conseguir ya que tengo una
armeria ,muchas gracias   6:30 A  ⌄

**Another example of the damage**

 

Already bought mine on like the 23rd..

10h   Reply

 mecadispro Me gustaria  saber dónde 6:30 AM

Another example of the damage you guys are doing to us and the brand name
Just pure stupid business sense

6:30 AM ✔✔

Are you shipping the extended stabilizers and thumb rests tomorrow yes or no ?     5:54 PM ✔✔

Sep 6, 2018

Pins for the roni stabilizer?

6:39 AM ✔✔

Yes
It's in first box     7:47 AM

Sep 7, 2018

The shipment did not leave last night ?     6:15 A   ⌄

???????????     6:19 AM ✔✔


have for `Sep 13, 2018` omorrow

7:28 AM ✔✔



    

**Micro RONI Stab Glock 19/17 CAA NON NFA Pistol Carbine Conversion Kit for Glock 17,17C,19,19C,22,23,31,32 - $224.95 shipped**

👤 Dealer posting by ZFI-Inc

📅 Updated 2 hours ago

📍 More deals from YRS Inc

👁 437 views

7:45 AM

The last 3 months he sells to end users at under distributor price That's called killing the market

7:45 AM ✔✔

Any answer?　11:28 AM ✔✔

??　11:40 A

?　12:09 P⋯

Hi mikey

 

Bvg- 50      Sep 25, 2018
MRC-100
7:01 AM

September 12th !!!
Never received any documents.!!!
Even though u said it would ship a
week and a half ago , then you said
on last Monday , then u said last
Thursday than u did not respond
for 5 days !!
How are we supposed to work this
way                          7:03 AM ✔✔

Al least apologize for not keeping
your word .
Or for not responding
Something                    7:04 AM ✔✔

I understand mikey
Its been a busy time with the
holidays, i an doing the best i can to
manage all orders from all clients
7:05 AM          

Gotta love your priorities
7:06 AM ✔✔


Write in Hebrew I don't understand

10:33 AM ✔✔

**Oct 24, 2018**

Shlomi I have been working with you ever since you started working in Caa , there were some great times especially when Tal was the ceo but I think this is the first time you lied to me .
We paid on Friday and you guaranteed that it would ship on the next flight .
Not sure why u did not keep your promise.
With all the shit that Moshe has created you and I never were dishonest with each other .
Not cool .
Don't let Moshe make you a dishonest person .

7:24 AM ✔✔

**Dec 31, 2018** 

Even though we have not been in
contact these last few months. I