EXHIBIT "8"



May 21, 2019

Dear Distributor and Retail Partners,

NST GLOBAL, LLC dba SB TACTICAL ("SB Tactical") owns the United States Patent No. 8,869,444 for "Forearm-gripping stabilizing attachment for a handgun". This patent has been licensed to ME TECHNOLOGY, INC. dba CAA USA ("CAA USA") located in Pompano Beach Florida, for the purpose of manufacturing and distribution of handgun conversion kits (RONI, MICRO RONI and MCK stabilizer conversion kits).

We would like to inform you that CAA USA is the only manufacturer authorized to produce handgun conversion kits with SB Tactical's stabilizing brace technology. We respectfully request that any purported, counterfeit and/or unauthorized use of stabilizer braces in handgun conversion kits manufactured, sold, or marketed by other companies be reported to SB Tactical promptly. Please notify us if any Roni Stabilizers coming from companies like YRS Inc, CAA Industries (Israel) and Jay Technology as they are unauthorized sellers of the product.

Alessandro Bosco
CEO



[BRACE YOURSELF]™

1225 DARLINGTON OAK CIRCLE NE, SAINT PETERSBURG, FL 33703
603.854.5030  www.sb-tactical.com