EXHIBIT "9"

 

CAA Industries Ltd.
P.O Box 8617
1 Ha'Bonim St.
Qiryat-Gat
8258201 Israel

April 11, 2019

Open Letter to Our Valued Customers, Dealers and Distributors.

As the inventor of the CAA® RONI® and Micro RONI® I want to warn our valued customers, dealers and distributors about the **DANGER** of the MCK line of pistol housings being sold worldwide by ME Technology Inc. of Pompano Beach, FL USA (ME).

In an attempt to avoid violating our US #8887432 and Worldwide Patents EU #EP2314976A2, the MCK line of pistol housings **DOES NOT INCLUDE A TRIGGER GUARD.** This omission renders the MCK product **UNSAFE AND HAZARDOUS**.
The trigger guard is **VITAL** to prevent an unintended discharge of the firearm while in the pistol housing.
This MCK design is **WORSE** than designing a pistol holster and leaving the trigger exposed!

**THE MCK PISTOL HOUSING IS UNSAFE AND HAZARDOUS**
**THE MCK PISTOL HOUSING IS DANGEROUS TO USE**

In addition, the MCK pistol housing is being sold under the CAA® #4352407 and RONI® 4352373 US Trademarks. These Trademarks are owned by CAA Industries Ltd of Israel, and ME is not authorized to use them and is in **VIOLATION** of the law.

I cannot allow our valued customers, dealers and distributors to be DECEIVED by the MCK pistol housing.

**THE MCK PISTOL HOUSING IS A DANGER TO THE PUBLIC**
**THE MCK PISTOL HOUSING IS FRAUDULENTLY BEING SOLD UNDER MY GOOD CAA® & RONI® NAME**

Since 2004, I have designed products of the highest quality and safest design possible. I will not stand by and allow inferior products to be sold under my good CAA® & RONI® name.
Violators will be prosecuted to the fullest extent of the law.

**DO NOT ACCEPT INFERIOR IMITATIONS OF CAA® PRODUCTS**
**www.caagearup.com IS NOT THE WEB SITE FOR CAA INDUSTRIES**

Genuine CAA® & RONI® products are available in the USA & Worldwide from: YRS Inc. a worldwide distributor of CAA Industries.
https://www.YRSInc.com
YRS CEO TEL:   +972522581634
YRS Sales TEL:   +17027278257

Moshe Oz
Founder & President
CAA Industries Ltd.

CAA INDUSTRIES LTD

P.O Box 8617 Industrial Zone, Qiryat-Gat 8258201, Israel