EXHIBIT "10"

**CAA Industries Ltd.**
**P.O Box 8617, 1 Ha'Bonim St.**
**Qiryat-Gat, 8258201 Israel**
August 6, 2019

**Important Information for Our Valued Customers, Dealers and Distributors.**

I am the Founder and President of CAA Industries, Ltd and the inventor of the CAA RONI® and Micro RONI® pistol carbine conversion kit, which is protected by U.S. patent nos. 8,887,432 and 8,312,803, and other foreign patents including EP2314976A2. Since 2010, CAA Industries has been manufacturing and selling the original and genuine RONI and Micro RONI through its exclusive distributor ME Technology, Inc. in Pompano Beach, Florida. I write on behalf of CAA Industries to warn our valued customers, dealers and distributors that ME Technology is no longer an authorized distributor of genuine CAA Industries' products, including the RONI and Micro RONI conversion kits. Because ME Technology continues to conduct business as CAA USA and continues to use several of CAA Industries' proprietary trademarks, including the trademarks CAA, RONI and MICRO RONI, CAA Industries has sued ME Technology on July 26, 2019 for trademark infringement in federal court in New York. By using the CAA, RONI and MICRO RONI trademarks, the lawsuit alleges that ME Technology is in VIOLATION of the law. Our lawsuit requests an injunction to prevent ME Technology from trading as CAA USA or using the RONI and Micro RONI trademarks.

I also write to warn you that ME Technology is now selling an imitation of the original Micro RONI under the name MCK. If you haven't noticed, the MCK pistol carbine conversion kit DOES NOT INCLUDE A TRIGGER GUARD. I believe ME Technology omitted the trigger guard from the MCK to avoid infringing our U.S. and European patents. However, based on my 19 years of military and Special Forces combat experience, and 15 years of design and development experience, I believe the omission of the trigger guard renders the MCK product UNSAFE AND HAZARDOUS. The trigger guard is a VITAL safety component of the authentic CAA RONI and Micro RONI and is designed to prevent an unintended discharge of the firearm while in the pistol housing. The MCK does not include this VITAL safety component. I believe the MCK design is WORSE than designing a pistol holster and leaving the trigger exposed! The omission of a trigger guard is shown in the photographs below.



CAA RONI with safety trigger guard



MCK with no trigger guard

The cocking handle is another vital component of the authentic CAA RONI and Micro RONI, which enables the user to chamber the first round or clear jammed rounds <u>after</u> the firearm is installed in the pistol housing. The cocking handle is protected by CAA's U.S. patent no. 8,312,803. The MCK has a cocking handle similar to CAA's cocking handle as shown in the photograph below:



Because I believe the MCK cocking handle infringes our U.S. patent no. 8,312,803, CAA Industries has also sued ME Technology in federal court in New York for patent infringement. ME Technology is not authorized to sell any conversion kits that include a cocking handle that is protected by our patent. By selling the MCK conversion kit, our lawsuit alleges that ME Technology is in VIOLATION of the law and seeks to enjoin the sale, distribution or resale of the MCK whatsoever.

I cannot allow you, our valued customers, dealers and distributors, to be DECEIVED. CAA® Industries Ltd of Israel is the only manufacturer authorized to produce the RONI and Micro RONI®. We respectfully request that you report any knockoff conversion kits being sold as genuine RONI or Micro RONI conversion kits to CAA Industries at the above address. CAA Industries believes:

THE MCK CONVERSION KIT IS A DANGER TO THE PUBLIC<br>
THE MCK CONVERSION KIT INFRINGES OUR PATENT<br>
THE MCK CONVERSION KIT IS FRAUDULENTLY BEING SOLD UNDER OUR GOOD CAA® & RONI® NAME

Since 2004, I have designed products of the highest quality and safest design possible. I will not stand by and allow inferior products to be sold under my good CAA® & RONI® name.

DO NOT ACCEPT INFERIOR IMITATIONS OF CAA® PRODUCTS<br>
www.caagearup.com IS NOT THE WEB SITE FOR GENUINE CAA INDUSTRIES' PRODUCTS

Genuine CAA® & RONI® products are available in the USA from: CAA Industries, 48C Vincent Circle, Ivyland, PA 18974. Contact Jay Portz at: 215 696-1500 or infousa@caaindustries.com.

Moshe Oz<br>
Founder & President<br>
CAA Industries Ltd.

Please also see my explanatory video at https://youtu.be/9BR2lwViptQ