EXHIBIT "11"

















PALLET THREE
RETURN TO
ISRAEL –
CONTENTS
2 CDMAG
2 EGA

