EXHIBIT "12"

⚙️ Options

○ Love     💬 Comment     ↝ Share

**Vadim Shruko** 💬 recommends CAA.    📢 •••

1 week ago · 🌐

I bought a CAA MCK from a dealer at the gun show and when I got home it didn't fit. It was my fault I told him the wrong model. Instead of waiting for the next gun show in 2 months. The owner of Engineered by POW told me that CAA was able to produce his batch of order early for pickup on a Wednesday. He trusted me and sent the correct model next day air before I had the chance to mail out the one I bought first. That was freaking awesome!!! Thank you both ... I tell all my buddies about y'all

♡ You      1 Comment

♡ Love     💬 Comment     ↝ Share

**Steven Powell** 💬 recommends CAA.    📢 •••

1 week ago · 🌐



deos    **Community**    **Reviews**    **Shop**    **Offers**    P

⚙️ **Options**

❤️ Love      💬 Comment      ↪ Share

---

**Steven Powell** 💬 recommends **CAA**.    ⚠️ •••
1 week ago · 🌐

Outstanding company lead by a great person. They genuinely care about the customer experience from beginning to end. With only a few hours in a day they've manage to keep my buying experience above and beyond exceptional. Truly a company that stands behind their product with a pleasant staff.  This is not just a recommendation it's a confession you won't regret buying from CAA.

❤️ You                       1 Comment

❤️ Love      💬 Comment      ↪ Share

---

**Ramsey Sheppard** 💬 recommends **CAA**.    ⚠️ •••
1 week ago · 🌐

The MCK is an awesome product! The advance kit is the cherry on top. I've had the pleasure of

📧     ▶️⁵     🏬     👤     🔔     ☰

⚙️ Options

**Mark Stankavage** 📢 recommends **CAA**.   💬❗ •••

2 weeks ago · 🌐

Customer service is top notch, very helpful and professional.
I have a G17 sbr and the micro roni is a perfect fit.

👍 You           1 Comment

👍 Like     💬 Comment     ↪ Share

**Eric R. Larkey** 💬 recommends **CAA**.   💬❗ •••

2 weeks ago · 🌐

great stuff.



👍 You           2 Comments

👍 Like     💬 Comment     ↪ Share

⚙️ Options

2 weeks ago · 🌐

Quality products. Knowledgeable staff. Fast shipping, what's not to love.



 You                1 Comment

♡ Love      💬 Comment      ↪ Share

👤 **George Joseph** 💬 recommends **CAA**.    ❗ •••

3 weeks ago · 🌐

Before purchasing I did my due diligence in researching beforehand. The finish and quality of the product is unsurpassed. The fitment of my firearm in the MCK is perfect having very close tolerance when inserted. The device has maintained zero after numerous trips to the range always removing my firearm after each use.

 You                2 Comments

     



deos    **Community**    **Reviews**    **Shop**    **Offers**    P

⚙️ Options

**Bill Vernon** 💬 recommends **CAA**.    ⚠️   •••
1 month ago · 🌐

Great company and great products. Fun to use and always a big hit at the range when we bring it out for people to shoot.

👍 You             1 Comment

👍 Like     💬 Comment     ↪ Share

**Gary Sparks** 💬 recommends **CAA**.    ⚠️   •••
1 month ago · 🌐

Awesome company
Excellent product

❤️ You             1 Comment

❤️ Love     💬 Comment     ↪ Share

**Michael Olier** 💬 recommends **CAA**.    ⚠️   •••
1 month ago · 🌐

this thing runs like a machine even with a cheap

⚙️ Options

**Richie Randall** 💬 recommends
**CAA.**                              ⚠️ •••
1 month ago · 🌐

I had a horrible experience with another company
that was selling the MCK at a fantastic price. They
took my money and said the product shipped even
though it never did. When I inquired about it, they
informed me it was out of stock and would ship
when it came back in. This was over a month and a
half ago. I commented on CAA's IG post about how
I was waiting for the MCK. CAA took it apon
themselves to private message me and let me
know that it's not an actual MCK and they(the
competition) were in violation of SB tactical patent
on the stabilizer brace. They not only offered this
information but also HONORED the price I paid
from the competitor! FANTASTIC business, they
will definitely be getting my money again! Thank
you for everything!

👍❤️ You and 3 others          4 Comments

  ♡ Love        💬 Comment      ↪ Share

          

< 🔍 CAA      •••

deos    **Community**    **Reviews**    **Shop**    **Offers**    P

⚙ **Options**

**Cabot Davis** ⭐ recommends **CAA.**   💬❗ •••
1 month ago · 🌐

Amazing customer service. An organization that cares right up to the CEO. Was blown away with the way they handled my issues. You will not be disappointed with this company or their products.

♡ You                         1 Comment

♡ Love      💬 Comment      ↷ Share

**Daniel Tallet** ⭐ recommends **CAA.**   💬❗ •••
1 month ago · 🌐

**5 stars**
Amazing product. Very innovative and gives my Glock 23 a new purpose! The customer service team was very helpful the whole time. Looking forward to new models!

👍 You                         1 Comment

👍 Like      💬 Comment      ↷ Share

⚙ Options

 **Stephen Edwards** 💬 recommends **CAA**. ! •••

3 months ago · 🌐

The new MCK for the Sig 320 full size is awesome!! I ran around 300 rounds and performed flawlessly!! Awesome piece of equipment!!



❤ You         1 Comment

 Love    💬 Comment    ↪ Share

 **Michael Titus** 💬 recommends **CAA**. ! •••

3 months ago · 🌐

While on deployments few of us had the pleasure of putting these mck's to use best part there ultra concealable light weight can fit into a normal size back pack satchel or briefcase & no one would be the wiser nor suspicious there extremely

⚙ Options

**Michael Titus** 💬 recommends **CAA.**   ⚠   •••
3 months ago · 🌐

While on deployments few of us had the pleasure of putting these mck's to use best part there ultra concealable light weight can fit into a normal size back pack satchel or briefcase & no one would be the wiser nor suspicious there extremely efficient when kitted with the right tools for the mission a head  It truly embodies what it means to work smarter not harder. With that said I'd like to thank the men & women of the research & development team for there contributions to process of building this piece of equipment is much appreciated.  Thank you



👍❤ You and 1 other        1 Comment

❤ Love     ⬜ Comment     ↪ Share

⚙ Options

**Chad Deitrich** recommends **CAA**. 💬 ···
3 months ago · 🌐

customer service is excellent every time I had a question I asked on Facebook Messenger I always had an answer as soon as possible

❤ You                                    2 Comments

❤ Love          💬 Comment          ↪ Share

**Nath Horace Benson** recommends **CAA**. 💬 ···
3 months ago · 🌐

Just the Best...!!! Excellent tools.

👍 You

👍 Like          💬 Comment          ↪ Share

**Bobby Butkowski** 💬 recommends **CAA**. 💬 ···
4 months ago · 🌐

Awesome product and customer

⚙ **Options**

♡ Love     💬 Comment     ↪ Share



**Mortimer Finklestein** ⭐
recommends **CAA**.
4 months ago · 🌐

The customer service is PHENOMENAL! Everyone I have spoken with was incredibly friendly and very professional.  I had a glitch with a credit card order, on an item that was time sensitive during a sale event.  A lot of places I've dealt with would have simply canceled the order. Dave took the time called me, a second time in two days, as I missed his call on Wednesday. He walked me through what happened. figured out the problem and took care of the billing issue.  Product shipped the same day! I got far more customer service than I thought my simple order warranted.  CAA didn't see it that way, and went above and beyond.  Grateful to deal with a company like this.  Looking forward to my future deadlines with them.  Big thanks to Dave,  and every other person I dealt with!  - J. Starnes

👍 You                 1 Comment

     

⚙️ **Options**

**Cole Simmons** ⭐ recommends **CAA**. ⎅ •••
4 months ago · 🌐

I ordered a Roni conversion kit for my Glock, and while it fit, there was an unsightly seam down the middle. Even though I was deployed for weeks, their customer service team, especially Heidi, remembered my issue and allowed me to exchange it for a newer model.  I'm really impressed by their attention to detail and obliging nature. Thanks, CAA!

🖤 You             1 Comment

🖤 Love      💬 Comment      ↪ Share

**Rob Grant** ⭐ recommends **CAA**. ⎅ •••
4 months ago · 🌐

Great stuff great people!

🖤 You             1 Comment

🖤 Love      💬 Comment      ↪ Share

**‹**    🔍   **CAA**       **•••**

deos    **Community**    **Reviews**    **Shop**    **Offers**    P

⚙ **Options**

**Ingve Rise Røren** 💬 recommends **CAA.**    🗩 •••

4 months ago · 🌐

Great company with the best customer service.
Very good communication and well taken care of
from inqury to receival of order.
Very happy with the Micro Roni Gen 4 kit. Perfect
experience.

❤ You

❤ Love     💬 Comment     ↪ Share

**David Hall** 💬 recommends **CAA.**    🗩 •••

4 months ago · 🌐

Great products and excellent customer service.

❤ You           1 Comment

❤ Love     💬 Comment     ↪ Share

**Cyndi Bautista** 💬 recommends   🗩 •••

📰     ▶⁵     🏪     Ⓐ     🔔     ☰

⚙️ **Options**

**Jerry Rutherford** 💬 recommends CAA.    💬! •••
5 months ago · 🌐

Got my MCK yesterday. It's awesome!  I can't wait to try it out with my G19. The 50 rd drum magazine was a great deal too. Thanks for throwing in the keychain, it's pretty cool.



👍 You    1 Comment

👍 Like    💬 Comment    ↪ Share

**George Negron** 💬 recommends CAA.    💬! •••
5 months ago · 🌐

Great service and awesome product. Mikey CEO will respond anytime.  Highly recommended it's worth the wait.

❤️ You    1 Comment

❤️ Love    ▢ Comment    ↪ Share

🛏    ▶️⁵    🏪    ⓧ    🔔    ☰



deos   **Community**   Reviews   **Shop**   **Offers**   P

⚙ Options

**CAA.**
5 months ago · 🌐

Great customer service! Everyone at CAA has been nothing but helpful! 100% recommend. They are a stand up company!

♡ You             2 Comments

♡ Love     💬 Comment     ↪ Share

**Court Cummings** 💬 recommends **CAA.**
5 months ago · 🌐

A great American Company making great products in the USA.

👍 You             1 Comment

👍 Like     💬 Comment     ↪ Share

**Ben Thompson** 💬 recommends **CAA.**
5 months ago · 🌐

⚙️ Options



**Ben Thompson**  recommends **CAA**.   🗨️❗ •••

5 months ago · 🌐

Preordered the MCK for the G20. Hell, I bought the 10mm specifically because I found out the MCK was coming out. The closest thing I have to a gripe is that I ordered an OD green one and got an FDE. Seriously NOT a problem. Topped it with a Razor AMG and hit the range. Awesome! Zeroed easily at 40 yards or so. Easily repeatable accuracy after taking the pistol out and putting it back in. Seriously impressive little unit. Now I need to get another for my M&P 9.



💗 You     1 Comment

💗 Love     💬 Comment     ↪️ Share

 **Jesse Acosta**  doesn't   ❗ •••

               

⚙ Options

**Anthony Rodriguez** 💬 recommends ⚠ ⋯
**CAA**.
5 months ago · 🌐

Hands-down best customer service, best response time and Best product around! CAA is the best!

❤😆 You and 1 other                    2 Comments

❤ Love          💬 Comment          ↪ Share

**Ali Segarra** 💬 recommends **CAA**. ⚠ ⋯
5 months ago · 🌐

do not hesitate doing business with CCA. great customer service, fast shipping.



❤ You                    5 Comments

❤ Love          💬 Comment          ↪ Share



deos   **Community**   <u>Reviews</u>   **Shop**   **Offers**   P

⚙ Options

---

**William Balaoing Labenburg** 💬  ⚠ •••
recommends **CAA**.
6 months ago · 🌐

Want to know if you made one for Sig Sauer P229.
It would definitely make my shots more accurate
with this adapter. I love it.

👍 Like          💬 Comment          ➤ Share

---

**Jason Hardin** 💬 recommends **CAA**.  ⚠ •••
6 months ago · 🌐

I previously posted that I did not recommend CAA
based on a conversation I had with customer
support.  After speaking with Mr. Hartman I feel
that my concerns were addressed and I removed
the negative review.

👍 You

👍 Like          💬 Comment          ➤ Share

⚙ Options

**Rob Valentino** 💬 recommends **CAA.** ⚠ •••
8 months ago · 🌐

CAA's customer service is truly outstanding, they answered every question I had and quickly.
I had pre ordered the Micro Roni stabilizer with brace, and they made it very easy and hassle free, I will leave a review of the micro Roni when I get it but just had to leave a review of their customer service because they truly were that helpful

👍❤ You and 1 other                           1 Share

👍 Like        💬 Comment        ↪ Share

**Ricardo Leal** ⭐ recommends **CAA.** ⚠ •••
11 months ago · 🌐

Great Gear. Great Posts. Great CEO!

❤👍 You and 2 others                    3 Comments

❤ Love        💬 Comment        ↪ Share

deos   **Community**   **Reviews**   **Shop**   **Offers**   P

⚙ **Options**

👍 Like    💬 Comment    ↪ Share

**Anthony Ward** 💬 recommends **CAA.** [!] •••
1 year ago · 🌐

**5 stars**

I loved it, excuse me I still love it, the things that
Mikey Hartman in the rest of the guys down there at
CAA are doing they're doing it for us, the added
range the comfort durability you cannot beat this
conversion kit, to me if you're Glock fan this is must-
buy, no Glock is complete without a micro Roni

💗👍 You and 2 others      2 Comments

💗 Love    💬 Comment    ↪ Share

**Munhoz Mejia Mejia** 💬 recommends **CAA.**
1 year ago · 🌐

**5 stars**

💗 You

💗 Love    💬 Comment    ↪ Share

🛏    ▶⑤    🏛    ⓠ    🔔①    ☰•

deos    **Community**    Reviews    **Shop**    **Offers**    P

⚙️ **Options**

**David Rivera** ⭐ recommends **CAA.**  [!]  •••
1 year ago · 🌐

**5 stars**

Mickey is the TRUTH !!  Walks the walk, IDF knows his stuff and is passionate about sharing his love for safety

👍❤️ You and 1 other                    1 Comment

👍 Like          💬 Comment          ➦ Share

**Ben Wood** 💬 recommends **CAA.**  [!]  •••
1 year ago · 🌐

**5 stars**

I received the micro roni stabilizer and was fully impressed with how much more accurate I could be cycling through multiple targets. Definitely recommend adding this to anyone's arsenal.

👍 You                              1 Comment

👍 Like          💬 Comment          ➦ Share

⚙ **Options**

**Benjamin R. Smith** ⭐ recommends **CAA.**    ⓘ •••

1 year ago · 🌐

**5 stars**

Awesome service, friendly people, very responsive on replys and excellent products. I will reccomond them to everyone I meet.

👍 You            1 Comment

👍 Like      💬 Comment      ↪ Share

**Stephen Edwards** ⭐ recommends **CAA.**    ⓘ •••

1 year ago · 🌐

**5 stars**

Bought my new non NFA Micro Roni along with a Glock 19 and love this setup!! Eotech on for sights and this thing is so light, great fun and added stability and accuracy!

👍 You and 1 other        1 Comment

👍 Like      💬 Comment      ↪ Share