Florida Department of State                                          DIVISION OF CORPORATIONS



# Detail by Entity Name

Foreign Profit Corporation
ME TECHNOLOGY, INC. FLORIDA

**Cross Reference Name**

ME TECHNOLOGY, INC.

**Filing Information**

**Document Number**          F15000003965
**FEI/EIN Number**           26-0753280
**Date Filed**               09/08/2015
**State**                    NY
**Status**                   ACTIVE

**Principal Address**

3901 NE 12th Ave
#400
Pompano Beach, FL 33064

Changed: 04/04/2016
**Mailing Address**

3901 NE 12th Ave
#400
Pompano Beach, FL 33064

Changed: 04/04/2016
**Registered Agent Name & Address**

Tiraturian, Michael
3901 NE 12th Ave
400
Pompano Beach, FL 33064

Name Changed: 12/11/2018

Address Changed: 12/11/2018
**Officer/Director Detail**
**Name & Address**


Title vp

Tiraturian, Michael

3901 NE 12th Ave
#400
Pompano Beach, FL 33064

Title CEO

Hartman, Michael
3901 NE 12th Ave
#400
Pompano Beach, FL 33064

Title CFO

Stephan , Gallinaro
3901 NE 12th Ave
#400
Pompano Beach, FL 33064

**Annual Reports**

| Report Year | Filed Date |
|-------------|------------|
| 2018 | 01/15/2018 |
| 2019 | 02/01/2019 |
| 2019 | 04/24/2019 |

**Document Images**

| | |
|---|---|
| 04/24/2019 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 12/11/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/15/2018 -- ANNUAL REPORT | View image in PDF format |
| 08/11/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2016 -- ANNUAL REPORT | View image in PDF format |
| 09/08/2015 -- Foreign Profit | View image in PDF format |

DIVISION OF CORPORATIONS



Previous on List      Next on List      Return to List

No Filing History

Fictitious Name Search

[ Submit ]

---

# Fictitious Name Detail

## Fictitious Name

CAA USA

## Filing Information

| | |
|---|---|
| **Registration Number** | G18000090261 |
| **Status** | ACTIVE |
| **Filed Date** | 08/14/2018 |
| **Expiration Date** | 12/31/2023 |
| **Current Owners** | 1 |
| **County** | MULTIPLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | NONE |

## Mailing Address

3901 NE 12TH AVE., STE 400
POMPANO BEACH, FL 33064

## Owner Information

ME TECHNOLOGY, INC. FLORIDA
3901 NE 12TH AVE., STE 400
POMPANO BEACH, FL 33064
**FEI/EIN Number:** 26-0753289
**Document Number:** F15000003965

## Document Images

08/14/2018 -- Fictitious Name Filing    [ View image in PDF format ]

---

Previous on List      Next on List      Return to List

No Filing History

Fictitious Name Search

[ Submit ]

Florida Department of State, Division of Corporations