

Previous on List   Next on List   Return to List   [Fictitious Name Search]
Filing History   [Submit]

# Fictitious Name Detail

### Fictitious Name
COMMAND ARMS ACCESSORIES

### Filing Information
Registration Number G15000094519
Status ACTIVE
Filed Date 09/15/2015
Expiration Date 12/31/2020
Current Owners 1
County BROWARD
Total Pages 2
Events Filed 1
FEI/EIN Number 26-0753280

### Mailing Address
3901 NE 12TH AVE STE 200
POMPANO BEACH, FL 33064

### Owner Information
ME TECHNOLOGY INC
3901 NE 12TH AVE STE 200
POMPANO BEACH, FL 33064
FEI/EIN Number: 26-0753280
Document Number: F15000003965

### Document Images

09/15/2015 -- REGISTRATION   [View image in PDF format]

07/30/2019 -- CHANGE NAME/ADDRESS   [View image in PDF format]

Previous on List   Next on List   Return to List   [Fictitious Name Search]
Filing History   [Submit]

Florida Department of State, Division of Corporations

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

## Section 1

1. **Command Arms Accessories**
   Fictitious Name to be Registered (see instructions if name includes "Corp" or "Inc")

   ME Technology Inc

   William Leigh Dr
   Mailing Address of Business

   Tullytown, PA 19007
   City / State / Zip Code

3. Florida County of principal place of business: Broward

   (see instructions if more than one county)

   FEI Number: 26-0753280

15 SEP 15 AM 8 17

G150000094519
09/15/15--01004--029 **60.00

This space for office use only

## Section 2

**A. Owner(s) of Fictitious Name If Individual(s):** (Use an attachment if necessary):

1. Last / First / M.I.
   Address
   City / State / Zip Code

2. Last / First / M.I.
   Address
   City / State / Zip Code

**B. Owner(s) of Fictitious Name If other than an individual:** (Use attachment if necessary):

1. ME Technology Inc. (Florida)
   Entity Name
   3901 NE 12th Ave Suite 200
   Address
   Pompano Beach, FL 33064
   City / State / Zip Code
   Florida Document Number  F15000003965
   FEI Number: 26-07532800
   ☐ Applied for   ☐ Not Applicable

2. Entity Name
   Address
   City / State / Zip Code
   Florida Document Number
   FEI Number:
   ☐ Applied for   ☐ Not Applicable

## Section 3

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

Signature of Owner in Section 1    Date: 09/11/2015    E-mail address: jay@commandarms.com (to be used for future renewal notification)

Phone Number: 215 696-1500

## Section 4

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____ and was assigned

registration number _____

Signature of Owner of Registration being Cancelled    Date

Signature of Owner of Registration being Cancelled    Date

Mark the applicable boxes    ☑ Certificate of Status — $10    ☐ Certified Copy — $30

**NON-REFUNDABLE PROCESSING FEE: $50**

SEP 15 2015

R. HUNT

CR4E001 (8/15)