# Project CAA
## High-level financial due diligence

*Strictly private and confidential*
**Draft**
*November 6, 2014*

pwc