# Transaction Search

| Internal ID | Date | Type | Document Number | Name | PO/Check Number | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 221377 | 12/9/2015 | Bill | 1395 | VEN484 Dan Alexander | | | 8,446.67 |
| 233544 | 1/15/2016 | Bill | Branding | VEN484 Dan Alexander | | | 748.33 |
| 233545 | 2/23/2016 | Bill Payment | Wires | VEN484 Dan Alexander | | | -9,195.00 |
| 231412 | 2/24/2016 | Bill Payment | 4683 | VEN484 Dan Alexander | | | -8,446.67 |
| 231450 | 2/24/2016 | Journal | JE04983 | VEN484 Dan Alexander | | Void Of Bill Payment #4683 | 8,446.67 |
| 231450 | 2/24/2016 | Journal | JE04983 | VEN484 Dan Alexander | | | 8,446.67 |