| Edit | View | Internal ID | Date | Type | Document Number | Name | PO/Check Number | Memo | Amount |
|------|------|-------------|------|------|-----------------|------|-----------------|------|--------|
| | View | 221376 | 12/9/2015 | Bill | 2nd Payment | VEN483 NG Soft | | | 10,635.60 |
| | View | 225404 | 1/7/2016 | Bill Payment | 4527 | VEN483 NG Soft | | | -5,317.80 |
| | View | 231413 | 2/24/2016 | Bill Payment | 4684 | VEN483 NG Soft | | | -5,317.80 |
| | View | 231449 | 2/24/2016 | Journal | JE04982 | VEN483 NG Soft | | Void Of Bill Payment #4684 | 5,317.80 |
| | View | 231449 | 2/24/2016 | Journal | JE04982 | VEN483 NG Soft | | | 5,317.80 |
| | View | 294756 | 10/31/2017 | Bill Credit | 2nd Payment | VEN483 NG Soft | | | -5,317.80 |

