

# CAA

GEAR UP



**MIKAYEL "MIKA" TIRATURYAN**
Senior Vice President

M (818) 207.6555
T (754) 205.9385 ext. 8104
F (754) 205.9386
E mika@caagearup.com
W www.caagearup.com

3901 NE 12th Ave, Suite 400
Pompano Beach, FL 33064