Ron Weaver
Eastern Beacon Industries
4508 Atlantic Avenue, Un it 182
Long Beach, California 90807

855-883-0097

info@easternbeaconindustries.com

11/13/2018

Owner/ Partner
CAA
3901 Pompano Beach, FL 33064

Dear Sir/Maam:

My name is Ron Weaver and I'm the CEO of Eastern Beacon Industries. We design and manufacture tactical bags for law enforcement agencies. I have a sling bag that contains a ballistic rifle plate and the ability to conceal a weapon system.

I have been selling this bag to law enforcement agencies all over the United States. I've been using your Micro Roni weapon system in this bag. I have sold numerous Micro Ronis over the last 6 months to these agencies. I have over 15 agencies using your weapon system. I have even created a qualification course to certify the officers with the Micro Roni.

I received many phone calls from officers that were upset regarding the price that was paid for the Micro Ronis. They feel that I over charged them. A company called YRS INC. is selling Micro Ronis on Gun Broker for a ridiculously low price.

YRS Inc. is selling the Micro Ronis at a lower price than I'm purchasing directly from you. This is not ethical and is going to hurt any dealer that is legitimately selling your products.

I can't compete with his prices and will be forced to use another weapon platform when I sell to these law

enforcement agencies. I use your weapon system because I believe in it and stand behind it. I recently retired from the Los Angeles Police Department and the officers trust me when I present your products to them. I could use any SBR in my bags but I've been using yours.

I would like to hear from you regarding this YRS INC. and their sales pricing. I will be presenting by Ballistic Sling Bag to numerous police agencies in November and December. I would like to continue using yours, but reality is that I can use any SBR in my bag.

Please take a look at this YRS INC because they may result in your company losing out to law enforcement agencies all over the United States.

Respectfully,


Ron Weaver

*CEO*
Eastern Beacon Industries