
August 7, 2018

Via E-mail to:  miketirat@yahoo.com
mikey@caagearup.com

Mr. Michael Hartman, CEO
Mr. Michael Tiraturian, COO
ME Technology, Inc.
3901 NE 12th Ave #400
Pompano Beach, FL 33064

**Re:    Infringement of CAA Industries Ltd. Patent**

Dear Messrs. Hartman and Tiraturian:

We are writing as counsel for CAA Industries Ltd. ("CAA Industries"), to demand that ME Technology, Inc. ("ME Technology") ***cease immediately*** from attempting to manufacture or contract any third-parties in an attempt to manufacture the RONI handgun converter device, and desist from further infringement of CAA Industries' intellectual property.

As you are aware, CAA Industries is a leader in the development and manufacturing of tactical accessories in the firearm industry, including the RONI handgun converter, which is covered by U.S. Patent No. 8,887,432 (the " '432 Patent," attached), entitled Handgun Converter. Under the existing relationship between CAA Industries and ME Technology, ME Technology has been distributing the RONI handgun converter in the United States; however, ME Technology does not have – and has never had – any rights under the patent, including a license to make or have made the inventions of the '432 Patent. Any attempt by ME Technology to manufacture the RONI handgun converter would constitute willful infringement of CAA Industries' intellectual property rights.

Based on ME Technology's infringement (or intended infringement) of CAA Industries' '342 Patent, we demand that ME Technology's immediately (a) cease and desist exploring the manufacturing of or the manufacturing of the RONI handgun converter device, (b) cease and desist contacting any third-party in order to manufacture or potentially manufacture the RONI handgun converter device, (c) provide a detailed list of all third parties ME Technology contacted in an attempt to manufacture the RONI handgun converter device, and (d) provide an account of any sales of mold, copy, or replication of the RONI handgun converter device not manufactured by CAA Industries.

Please confirm ME Technology's compliance with the above by August 13, 2018. If we do not hear from you by then, CAA Industries reserves all rights to take appropriate legal action in this matter. Nothing herein is intended to prejudice or otherwise limit CAA Industries' rights against ME Technology.

Sincerely yours,

Guy Yonay

cc:    Joseph Parisi, Plastimold Products
(via fax and e-mail at sales@plastimoldproducts.com)