

THE LITOVSKY LAW FIRM
18685 Main Street
Suite 101-181
Huntington Beach, CA 92648
Tel: +1 (323) 375-8008
Fax: +1 (310) 388-3177

August 14, 2018

VIA E-Mail: gyonay@pearlcohen.com

Guy Yonay, Esq.
Pearl Cohen Zedek Latzer Baratz LLP
1500 Broadway
New York, New York 10036

Re: Our Ref: 103118-0001 - Patent Infringement Allegations of CAA Industries Ltd.

Dear Mr. Yonay,

This firm has been retained by ME Technology, Inc. in connection with the allegations of patent infringement stated in your August 7, 2018 letter on behalf of CAA Industries, Ltd.

Please be advised that ME Technologies, Inc. takes patent infringement allegations very seriously. We will be reviewing the subject allegations in light of U.S. Patent No. 8,887,432 and relevant documents. Due to summer vacations, our review may take a bit longer than typical. However, we will endeavor to respond to your letter substantively within 30 days. Meanwhile, if you have any information regarding specific and identifiable allegedly infringing products made, sold, offered to sell or imported by our client or regarding any specific instances of such allegedly infringing acts, please forward such information to my attention.

Nothing in this letter should be construed as a waiver of any rights or remedies of ME Technologies, Inc., all of which rights and remedies are expressly reserved.

Sincerely,

Allan Litovsky