## Mika Tiraturyan

**From:** Tom K. McCrossin
**Sent:** Tuesday, May 19, 2015 3:25 PM
**To:** bsilver@kalashnikov-usa.com; dmccallum@kalashnikov-usa.com; ehenry@kalashnikov-usa.com; Eldad Oz (eldadoz1@gmail.com); jportz@kalashnikov-usa.com; mika@kalashnikov-usa.com
**Cc:** 'Laura@lauraburgess.com'; Tam Cao
**Subject:** מצגת עדכון הלוגו
**Attachments:** caa_visual_language_round2_8.pdf

**Importance:** High

The enclosed file contains the most recent follow-up from Dan Alexander as this pertains to the pending rebranding of CAA.

Please review and reply back with your comments on or before Thursday, May 21st so we can continue to move the open matter forward.



THOMAS K. MCCROSSIN
CEO
CAA USA

P  215.949.9944 ext. 104
C  610.291.0802
F  215.949.8080
E  tom@commandarms.com

911 William Leigh Dr
Tullytown PA, 19007
www.commandarms.com



**From:** Eldad Oz [mailto:eldadoz1@gmail.com]
**Sent:** Monday, May 18, 2015 11:09 AM
**To:** Tom K. McCrossin; mikey hartman; Moshe Oz; mika@kalashnikov-usa.com; bsilver@kalashnikov-usa.com; Laura Burgess; Evrold Henry; Yuval Harel; Dagan Shahar; Ron Maoz; guy tevel; Dudi
**Subject:** Fwd: CAA - מצגת עדכון הלוגו

Sent from my Samsung Galaxy smartphone.
-------- Original message --------
From: Einat Lerer <einat@daitd.com>
Date: 17/05/2015 14:35 (GMT+01:00)
To: אלדד עוז <eldadoz1@gmail.com>
Cc: Dan Alexander <dan.alexander.co@gmail.com>
Subject: CAA - מצגת עדכון הלוגו

# Dan Alexander & Co.

*Business Creation*

+

# CAA SYMBOL & LOGOTYPE

+

*Tel Aviv · Paris · Belgrade*

© All rights reserved / May 2015

All images for illustration purposes only







+

SYMBOL

+



Here:

Version A

Version B





Our recommendation is to remain with the previous logo
and to reduce the quantity of stripes.

We have tested the symbol without the outer line surrounding the lion
and our recommendation is that this is a crucial element, deleting it
will affect the total look and uniqueness.

The symbol represents the tradition of warriors and links to icons
that representing elite units, a symbol that connects the lion as a
leader, courage and strength with camouflage adornment and fashion.

The stripes are needed in order to separate it from the rest and give
it the unique brand expression.



Chosen logotype



Chosen Combination





The symbol and logotype are shown together but work as individual elements.

Chosen Combination (Negative Version)



ABSTRACT LOGO

For Embossing and Stamping

Exploration of shape and form

   

In abstraction, we have narrowed down the elements of the symbol to a minimum while keeping the clear link to the symbol in order to match the abilities of production while keeping the elements clear and readable.





minimum size

1cm

Minimum logo Size - 1cm Height



USING THE LANGUAGE















# Dan Alexander & Co.

*Business Creation*

+

## THANK YOU!

+

*Tel Aviv · Paris · Belgrade*

© All rights reserved / May 2015

All images for illustration purposes only

| | |
|---|---|
| **From:** | Tom K. McCrossin |
| **Sent:** | Tuesday, May 19, 2015 3:25 PM |
| **To:** | bsilver@kalashnikov-usa.com; dmccallum@kalashnikov-usa.com; ehenry@kalashnikov-usa.com; Eldad Oz (eldadoz1@gmail.com); jportz@kalashnikov-usa.com; mika@kalashnikov-usa.com |
| **Cc:** | 'Laura@lauraburgess.com'; Tam Cao |
| **Subject:** | מצגת עדכון הלוגו |
| **Attachments:** | caa_visual_language_round2_8.pdf |
| | |
| **Importance:** | High |

The enclosed file contains the most recent follow-up from Dan Alexander as this pertains to the pending rebranding of CAA.

Please review and reply back with your comments on or before Thursday, May 21st so we can continue to move the open matter forward.



THOMAS K. MCCROSSIN   P 215.949.9944 ext. 104   911 William Leigh Dr
CEO                   C 610.291.0802               Tullytown PA, 19007
CAA USA               F 215.949.8080               www.commandarms.com
                      E tom@commandarms.com



**From:** Eldad Oz [mailto:eldadoz1@gmail.com]
**Sent:** Monday, May 18, 2015 11:09 AM
**To:** Tom K. McCrossin; mikey hartman; Moshe Oz; mika@kalashnikov-usa.com; bsilver@kalashnikov-usa.com; Laura Burgess; Evrold Henry; Yuval Harel; Dagan Shahar; Ron Maoz; guy tevel; Dudi
**Subject:** Fwd: CAA - מצגת עדכון הלוגו

Sent from my Samsung Galaxy smartphone.
-------- Original message --------
From: Einat Lerer <einat@daitd.com>
Date: 17/05/2015 14:35 (GMT+01:00)
To: אלדד עוז <eldadoz1@gmail.com>
Cc: Dan Alexander <dan.alexander.co@gmail.com>
Subject: CAA - מצגת עדכון הלוגו

**From:** tcao@commandarms.com <tcao@commandarms.com>
**Sent:** Tuesday, May 26, 2015 3:06 PM
**To:** Eldad Oz (eldadoz1@gmail.com) <eldadoz1@gmail.com>
**Cc:** Tom K. McCrossin <tom@commandarms.com>; Bill Silver <bsilver@commandarms.com>; 'Laura@lauraburgess.com' <Laura@lauraburgess.com>; Mika <mika@commandarms.com>
**Subject:** 5-26-15 CAA logo and visual language updates

Hi Eldad, attached is the recap of today's Skype call. Please let me know if you would like me to include any other items on this report.

Best,



TAM CAO                         **P** 215.949.9944 ext. 116      911 William Leigh Dr
MARKETING COORDINATOR           **F** 215.949.8080               Tullytown PA, 19007
CAA USA                         **E** tcao@commandarms.com       www.commandarms.com



# Logo and Visual Language Updates
## 5/26/2015



# CAA Logo & Visual Language

1. Logo
2. Logo Type
3. Camo
4. Slogan – Gear Up

5/26/2015

# CAA - Logo

The team have decided on the lion logo. We will be using the two versions of logo. The one with the borders will be used for marketing materials. The simpler version, without the borders will be used for the molding.

With borders                without borders

            

5/26/2015

# CAA – Logo Type

This is the **final** logo type that the team has reviewed and approved on 5/26.

https://drive.google.com/file/d/0B2VxLhffeErud3ZDSG5rRFJTM1E/view?usp=sharing



5/26/2015

# CAA – Logo & Logotype



- Will be used together and not separately until we establish the brand identity in the market.

- Next step is to decide on the placement/location—how it will be molded onto the products. Dan Alexander will come up with a few options for us to review.

 OR  OR 

5/26/2015

## CAA - Camo

1. Discussed the option of using the colors to categorize different product types. For an example: red—RONI, yellow—grips, green—magazines….

1. There are some concerns in using the camo:
   A. distracts the eyes from the products
   B. no association to the products or the brand

2. It needs to be used in a subliminal message—*it is there, but it is not really there.*

5/26/2015



# CAA - Camo

Too much camo in this ad space.

This is a better example. The camo is there but not overpowering the ad.





5/26/2015

# CAA – Slogan/Tagline

1. Gear UP is the **final** slogan

2. We need to make sure that this slogan is associated with CAA—see the search results on the right

3. Laura's SEO expert can help us in this area





GOOGLE | gear up

Web    Images    Videos    News    Shopping    More ▾    Search tools

About 207,000,000 results (0.56 seconds)

**Gear up - ThomsonReuters.com**
Ad cl.thomsonreuters.com/**GearUp** ▾
Enjoy time with family or friends & still earn your CPE Credit Hours!
Thomson Reuters has 1,230,248 followers on Google+

**Gear Up - U.S. Department of Education**
www2.ed.gov/**gearup** ▾ United States Department of Education ▾
Sep 29, 2014 - This discretionary grant program is designed to increase the number of
low-income students who are prepared to enter and succeed in ...
Eligibility - Awards - Applicant Information -- GEAR ... - Funding Status

**Gear Up on Steam**
store.steampowered.com › All Games › Action Games › Gear Up ▾ Steam ▾
★★★☆☆ Rating: 7/10 - 3,910 reviews - Free
Jan 26, 2015 - "Gear Up is an explosion of arcade shooter chaos with rockets, fire, and
lasers covering the battlefield, all with customizable tanks! And its ...

**Gear Up**
play-gearup.com/ ▾
RT @TheRealIndie: Live streaming the FTP multiplayer game GEAR UP! Come and
play with or against us! http://t.co/53Vlg8Aycf. 3 weeks 3 days ago.

5/26/2015