**From:** tcao@commandarms.com <tcao@commandarms.com>
**Sent:** Thursday, June 18, 2015 11:47 AM
**To:** Ron Maoz <ronm@caa-il.com>
**Cc:** Eldad Oz <eldadoz1@gmail.com>; Mika <mika@commandarms.com>; Tom K. McCrossin
<tom@commandarms.com>; 'Laura@lauraburgess.com' <Laura@lauraburgess.com>; Bill Silver
<bsilver@commandarms.com>
**Subject:** feedback on CAA stationary

Hi Ron, here are the comments that I have received so far. Please give me call if anything is not clear.

Tom's comments:
1. **Business Cards:** the design is very European and not US. If I had to pick I would say option # 2
2. **Letter Head:** as with the Folder, the GEAR UP logo seems lost and by itself – why? I would prefer to incorporate Option #2 from the Business Cards into this – stripes
3. **Envelopes:** to be honest, I am not quite sure if this is permissible in the US; i.e. having the address across the bottom
4. **Email signature:** no mention of GEAR UP at all – why?

Laura's comment on the Envelopes:
1. Even if it is permissible, the envelope is confusing. You might get your mail returned to you!

Tam's comments:
**Folder**
1. The tag line Gear Up should be on the front cover
2. Logo and logo type need to be closer to each other so that people can make a connection between the logo and the name
3. At a first glance the camo is the first element that draws people attention and then the logo. I thought we were going to use the camo more as a subliminal message
**Business card**
1. Need some colors on the business card—right now it is just black and white, not exciting at all
2. Until we establish the brand identity the BC needs to tell people what CAA offers. Gear Up and Firearm Accessories need to be on there for people to identify what we do .
**Email Signature**
1. Needs some colors in email signature or else the logo will just blend in with the rest of the black text.
**US Envelopes** need to follow the US postal guidelines, http://pe.usps.com/text/qsg300/Q602.htm

Pub. 28, Postal Addressing Standards





Best,

TAM CAO
MARKETING COORDINATOR
CAA USA

P  215.949.9944 ext. 116
F  215.949.8080
E  tcao@commandarms.com

911 William Leigh Dr
Tullytown PA, 19007
www.commandarms.com



Option 1



# CAA



## RON MAOZ
Digital Manager

**M**  +972.53.5203275

**T**  +972.8.85220034

**F**  +972.8.85220050

**E**  ronm@caa.com

P.O Box 8617
Habonim St Qiryat Gat
825820, Israel

Option 2



# CAA



## RON MAOZ
Digital Manager

**M**  +972.53.5203275
**T**  +972.8.85220034
**F**  +972.8.85220050
**E**  ronm@caa.com

P.O Box 8617
Habonim St Qiryat Gat
825820, Israel

## Print Production

Size : 9/5 or 8.5/5.5 cm
Paper: Chromo mat
Weight: 500 gr
Matt lamination - 2 sided
Spot UV gloss - on: CAA
symbol and logo in front



CAA



CAA



## Print Production

Size : 29.7/21 cm
Paper: Uncoated
Weight: 90 - 120 gr



 GEAR UP    P.O Box 8617 Industrial Zone, Qiryat-Gat 8258201, Israel    **T** +972.8.8520034    **WWW.CAA.COM**
                                                                                                **F** +972.8.8520050

## Print Production

Size : 23/11 cm
Paper: Uncoated
Weight: 140 - 170 gr



Send  Chat  Attach  Address  Fonts  Colors  Save As Draft

Photo Browser  Show Stationery

To:

Cc:

Subject:

Signature:  None

**CAA**

RON MAOZ
Digital Manager

M +972.53.5203275
T +972.9.85228034
F +972.9.892/0050
E rmon@caa.com

P.O Box 8617 Industrial Zone
Qiryat Gat 8056287, Israel
WWW.CAA.COM

# Dan Alexander & Co.

*Business Creation*

## CAA

········································

**Folder Design**

Dan Alexander & Co.
*Tel Aviv · Paris · Belgrade*
All rights reserved © June 2015

Front



Back



Exterior



Interior



Fold



Print Production

Size : 9 inch / 12 inch (when close)
Paper: Chromo mat
Weight: 400 gr
Matt lamination - 2 sided
Spot UV gloss - on: CAA symbol and logo in front

# Dan Alexander & Co.

*Business Creation*

## CAA

...................................................................................................

**Thank You**

Dan Alexander & Co.

*Tel Aviv · Paris · Belgrade*

All rights reserved © June 2015