| | |
|---|---|
| **From:** | Einat Lerer <einat@daitd.com> |
| **Sent:** | Thursday, September 10, 2015 6:16 AM |
| **To:** | mika@kalashnikov-usa.com; אלדד עוז; mikey hartman; Ron Maoz; Laura@lauraburgess.com |
| **Cc:** | Dan Alexander |
| **Subject:** | List - CAA |
| **Attachments:** | caa_brand.pdf |

Hi everybody,

Following our Skype call on Tuesday and according with the decision, please see below our list as we see to finalize the branding process of CAA.
Laura is on vacation and isn't available this week. We will try to schedule a Skype call with her before our next conversation.

### CAA branding  elements – included in the contract

**1. Done and approved elements:**
- Research and strategy
- Visual language (including logo and symbol)
- Letterhead grid
- Marketing folder grid
- Catalog Grid design
- Marketing presentation grid
- Website grid and feedback
-Booth for Shot Show – concept design presentation sent and approved. Need to get from Zeevik the final structure
- Brand book (partial) – will be completed due to the proceeding of all the elements.

**2.Elements to do:**
- Packaging grid design –presentation sent and approved.
 Need to get the final chosen package to artwork on the first package.
- Photography – CAA need to finalize and proceed with the photographer.
- Advertisement - will be done after getting final photos from the photographer.
- Newsletter, face book and digital media elements  – will be done after getting final photos from the photographer.

**3.Launching:**
We will be happy to direct and to work with the CAA team.
As we spoke at the Skype, we recommend to decide a "D DAY" for the launching (SHOT SHOW 2016),
to build  a timeline and elements that the marketing team needs.
To be discussed with Laura next week.
We would like to mention that this is not part of our initial contract.

**4.Strategic formula:**
please see attached our strategy summery as approved to remind and explain the working formula of CAA brand.


Thank you and have a nice day,
Shana Tova,

Einat

**EINAT LERER**
ACCOUNT MANAGER



# Dan Alexander & Co.



PARIS
rue de l'Universite 5
Paris 75007
Tel +33 6 32 50 39 60

TEL AVIV
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

BELGRADE
Milentija Popovića 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com