**Mika Tiraturyan**

**From:** mika@kalashnikov-usa.com
**Sent:** Monday, November 16, 2015 7:31 PM
**To:** Eldad Oz
**Subject:** Fwd: CAA - Dan Alexander - Final payment
**Attachments:** image002.png; image003.png; image005.png; image007.png; image004.png; image006.png

Eldad,

Where the remaining balance of DA for CAA should be paid from Israel or States?

Mika

Begin forwarded message:

> **From:** office Dan Alexander <office@daitd.com>
> **Date:** November 16, 2015 at 15:53:39 PST
> **To:** "tcao@kalashnikov-usa.com" <tcao@kalashnikov-usa.com>
> **Cc:** אלדד עוז <eldadoz1@gmail.com>, Evrold Henry <evrold@commandarms.com>, <mika@kalashnikov-usa.com>, Dan Alexander <dan@daitd.com>
> **Subject: Re: FW: CAA - Dan Alexander - Final payment**
>
> Hi Tam,
>
> How are you?
>
> Did you receive my email from Saturday?
> If you have any questions, pleas don't hesitate to contact me.
>
> Regards,
>
> Ayuli
>
> 2015-11-15 12:01 GMT+02:00 office Dan Alexander <office@daitd.com>:
>> Hi Tam,
>>
>> Thank you for your email.
>>
>> We have been explaining this matter in several emails for the past month or so,
>>
>> The amount we are requesting, is the remaining payment from the original branding done for CAA.
>>
>> according to your request, pleas see below the break down:
>>
>> 1- The original price quota for CAA = 303,850 including vat.

1

**From:** office Dan Alexander <office@daitd.com>
**Sent:** Tuesday, November 24, 2015 10:47 AM
**To:** tcao@kalashnikov-usa.com
**Cc:** אלדד עוז; mika@kalashnikov-usa.com; Dan Alexander; Evrold Henry
**Subject:** RE: FW: CAA - Dan Alexander - Final payment

Hi Tam,

Thank you for your email, how are you?

Could you please clarify what do you mean by "at later time"?
This payment is overdo and the work according to the agreement is in final stages.
Please update me on the additional payment dates.

Thank you for your assistance on this matter,

Regards,

Ayuli

**From:** tcao@kalashnikov-usa.com [mailto:tcao@kalashnikov-usa.com]
**Sent:** Monday, November 23, 2015 7:13 PM
**To:** office Dan Alexander <office@daitd.com>
**Cc:** אלדד עוז <eldadoz1@gmail.com>; mika@kalashnikov-usa.com; Dan Alexander <dan@daitd.com>; Evrold Henry <evrold@commandarms.com>
**Subject:** RE: FW: CAA - Dan Alexander - Final payment

Hi Ayuli, 1/3 of the balance will be wired transferred by the end of today. Evrold will follow with the two remaining payments at later time. Thank you for your patience.



**KALASHNIKOV USA**

TAM CAO
MARKETING MANAGER
KALASHNIKOV USA

P 215.949.9944 ext. 116
F 215.949.8080
E tcao@kalashnikov-usa.com

911 William Leigh Dr
Tullytown PA, 19007
www.kalashnikov-usa.com



**From:** office Dan Alexander [mailto:office@daitd.com]
**Sent:** Thursday, November 19, 2015 4:30 AM
**To:** Evrold Henry <evrold@commandarms.com>
**Cc:** tcao@kalashnikov-usa.com; אלדד עוז<eldadoz1@gmail.com>; mika@kalashnikov-usa.com; Dan Alexander <dan@daitd.com>
**Subject:** Re: FW: CAA - Dan Alexander - Final payment

Hi Evrold,

Thank you for your email.

Following to my conversation with Eldad yesterday, pleas see attached the invoice for the last payment for CAA branding.

Pleas update us when will the payment be transferred,

Regards,

Ayuli

2015-11-17 15:47 GMT+02:00 Evrold Henry <evrold@commandarms.com>:

> Ayuli,
>
> I believe this is a CAA Israel charge.
>
> Kind Regards,
>
> 
>
> EVROLD HENRY, CPA  P 215.949.9944 ext. 115   911 William Leigh Dr
> CFO                C 267.316.8122            Tullytown PA, 19007
> CAA USA            F 215.949.8080            www.commandarms.com
>                    E evrold@commandarms.com

**From:** office Dan Alexander [mailto:office@daitd.com]
**Sent:** Monday, November 16, 2015 6:54 PM
**To:** tcao@kalashnikov-usa.com
**Cc:** אלדד עוז; Evrold Henry; mika@kalashnikov-usa.com; Dan Alexander
**Subject:** Re: FW: CAA - Dan Alexander - Final payment

Hi Tam,

How are you?

2

Did you receive my email from Saturday?

If you have any questions, pleas don't hesitate to contact me.

Regards,

Ayuli

2015-11-15 12:01 GMT+02:00 office Dan Alexander <office@daitd.com>:

Hi Tam,

Thank you for your email.

We have been explaining this matter in several emails for the past month or so,

The amount we are requesting, is the remaining payment from the original branding done for CAA.

according to your request, pleas see below the break down:

1- The original price quota for CAA = 303,850 including vat.

2- The remaining sum for payment is - 189,726 including vat.

3- in last May, Dan Alexander and CAA came to an agreement to forfeit an amount of 15,000$ (3.75) – 56,250 ISL.

Now that we are finalizing the work specified in the original contract, we are requesting to be paid the remaining amount of the agreement - which is - 57,874 ISL including vat.

So actually you can look at this amount as the last payment for CAA branding process, and since most of it was done a while ago, we would appreciate reciving the payment ASAP, in one transfer.

Pleas don't hesitate to contact me for further information.

Best regards,

Ayuli


2015-11-13 18:58 GMT+02:00 tcao@kalashnikov-usa.com <tcao@kalashnikov-usa.com>:

Hi Ayuli, can you please give me a break down of the remaining balance below? We need to know what the mount is for this way that the accounting department can accurately do their books and process the payments. Let me know. Thanks.

1. The sum to be paid by CAA to Dan Alexander & – according to the primary agreement – Co 303,850 vat included

2. The sum that was excepted – 189,726 vat included

3. The remaining sum to be paid – 114,124 vat included

4. Settlement sum – 15,000$ (3.75) – 56,250 vat included

5. Total sum to be paid to Dan Alexander & vat included 57,874 – Co

**KALASHNIKOV USA**

TAM CAO  
MARKETING MANAGER  
KALASHNIKOV USA  

P 215.949.9944 ext. 116  
F 215.949.8080  
E tcao@kalashnikov-usa.com  

911 William Leigh Dr  
Tullytown PA, 19007  
www.kalashnikov-usa.com



**From:** Eldad Oz [mailto:eldadoz1@gmail.com]  
**Sent:** Wednesday, November 11, 2015 11:28 AM  
**To:** Evrold Henry <evrold@commandarms.com>  
**Cc:** Tom K. McCrossin <tom@commandarms.com>; tcao@kalashnikov-usa.com  
**Subject:** Re: CAA - Dan Alexander - Final payment

Ask them directly and put me in cc

Eldad Oz

On 11 Nov 2015, at 6:26 PM, Evrold Henry <evrold@commandarms.com> wrote:

Eldad,

We paid Dan Alexander a total of $60k for KUSA. We also paid $5k out of $10K for the booth design. Please clarify what we owe them for. I am not sure what this is for.

Kind Regards,

<image001.png>

<image005.png>

**From:** Eldad Oz [mailto:eldadoz1@gmail.com]
**Sent:** Wednesday, November 11, 2015 6:05 AM
**To:** Evrold Henry; Tom K. McCrossin
**Subject:** Fwd: CAA - Dan Alexander - Final payment

We need to pay Dan Alexander the last payment of the original agreement. it's 15k. Can we pay in 2-3 payments. First payment this week?

---------- Forwarded message ----------
From: **Dan Alexander office** <office@daitd.com>
Date: Tue, Oct 27, 2015 at 9:21 PM
Subject: CAA - Dan Alexander - Final payment
To: eldadoz1@gmail.com
Cc: Einat Lerer <einat@daitd.com>

Hi Eldad,

Following to your conversation with Einat, please see below the balance:

1. The sum to be paid by CAA to Dan Alexander & according to the primary Co agreement – 303,850 vat included

2. The sum that was excepted – 189,726 vat included

3. The remaining sum to be paid – 114,124 vat included

4. Settlement sum – 15,000$ (3.75) – 56,250 vat included

5. Co – 57,874 vat included & Total sum to be paid to Dan Alexander

If you should have any questions I will be happy to assist.

Regards,

Ayuli



# Dan Alexander & Co.
Tel Aviv + Paris + Belgrade

18/11/15

To:

RWC Group / ME Technology

Invoice no. 1395

---

Performa invoice – Last payment CAA branding

---

Last payment – CAA branding.

Amount for payment: 49,465 ISL (currency exchange rate 18/11 – 3.904)

Total: 12,670 $

Please transfer the amount to the following bank details,

| Swift Cod | poalilit |
|---|---|
| IBAN | IL79-0127-8100-0000-0347-777 |
| Bank name | Hapoalim |
| Bank Address | Montifiory 39 Tel Aviv Israel |
| Account Name | Dan Alexander & Co LTD |

Sincerely yours,

Ayuli Spiegel,

Dan Alexander & Co

PARIS
5 Rue de l'Universite
Paris 75007
Tel +33 6 32 50 39 60

TEL AVIV
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

BELGRADE
Milentija Popovica 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com