# DAN ALEXANDER & CO.

*Identity Through Design*

14/10/15

To:

Eldad and Mika

K USA + CAA

## K USA + CAA - Retainer

### Business Creation by Dan Alexander

Eldad and Mika,

We are now at the end of the branding process of Kalashnikov USA's adapted visual language for the American market and approaching the last stage of branding and designing the elements for CAA. The next stage of the process, which we find to be very important for the 2 brands, is to be a full partner for all marketing and branding activities. Dan Alexander agency sees itself as an integral part of the success of all this rebranding process.
Following your request we offer to you counseling, guide and art directing to both companies per hours.

This offer includes global around 50 hours per month for both companies for 12 months.  This is just to make a frame of work and activities.

This retainer contract will include different activities, such as:

- Grid design for different marketing items.
- Print items design -brochure, invitation, etc.
- Concept for different ideas like: membership club etc.
- Participation in regular Skype calls discussing relevant materials and issues.
- Consulting the marketing and PR team.
- Support and advice on day to day issues, review and confirmation on different product designs made by the companies team using visual language according to the brands guide line.
- Design special items upon needs and request.

PARIS
5 Rue de l'Universite
Paris 75007
Tel +33 6 32 50 39 60

TEL AVIV
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

BELGRADE
Milentija Popovica 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com

**Schedule**: 12 month retainer (October 2015-september 2016).

**Cost**: $ 5,500 per month X 12.

**Terms of Payment**: 4 equal payments in the beginning of every quarter of the contract.

**Notes**:

- VAT not included.
- This proposal is valid for 1month.
- Additional required expenses such as courier fees, photos, copywriting, illustrations, scans, print production, print supervising and photo shoot direction, are not included in the above quota, and will be charged separately, upon demand.
- Every design/concept change requested **after its approval** will be charged additionally.
- Every approval stage will include no more than 2 rounds of revisions.
- In case of a breach of contract, a 10 % compensation (from the total sum) will be paid by the client, and this sum will be defined as an agreed compensation, which does not denounce our right to any other compensation according to the law.
- Dan Alexander & Co's credit will appear on the products, given the client's permission.

Einat Lerer

Account manager

Dan Alexander & co

PARIS
5 Rue de l'Universite
Paris 75007
Tel +33 6 32 50 39 60

TEL AVIV
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

BELGRADE
Milentija Popovića 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com