

**KADMON BRIN**
Exhibition Design

To: KUSA Management

17/9/2015

<u>Re: detailed offer for the new design.(no'2)- 6 m' high</u>

The details are based on the new design you all reviewed last week:
Modular raised floor for the whole area 30'x70' (needs carpeting and will actually save you labor for the assembling)
Top light box sign 30' x 6' (profile 140 mm' instead of 210mm')
3 cubes made of Maxima system size of each: 20' long x 20' height x 30' wide with printed fabric. (Profile 100x100mm' instead of 120X120 mm')
1 x cubes structure for Kalashnikov at the front
5 x weapon walls 15' long (4.80 m') including locked cabinet and wall with holes (as attached)
4 x meeting points for 4 people each
1 x reception counter
1 x square light box table (CAA)
A set of 2 offices and storage made of modular panels.(see picture)
 A wall for Hartman with one side Hartman and a Bar on the other side.

Products from China not including sea freight to the USA
1. 3 x  cubes including printing - $43,500 (profile 100x100 mm' 6 m' high)
2. Raised modular floor - $28,220(+ carpet)
3. 2 rooms and storage - $19,750
4. Hanging light box sign – $4308 (140 mm' wide )
5. Hartman wall - $5400
Total from China - $ 101,178

Products from Israel- not including shipment to the USA
All wooden parts as described and general graphics(stickers) - $ 72,300

**The total price is $ 173,478**

The prices includes the presence of our designer during the booth assembling

<u>Terms of payment:</u>
50% n advance
The rest when shipping from China and Israel.

<u>The price does not include;</u>
*Holders for weapons
*Lights for the booth – after checking, we recommend you to use our supplier that will light the booth in the price of $2500-3000, that will be strong LED light that will save you a lot of money with the consumption.
*Man power for the building & dismantling – we will need 6- 7 days for building. We have our own supplier to recommend. Estimated price $25,000-$28,000



Furniture for the booth (I'm checking now)
Carpet for the booth (I'm checking now)

There is an option to reduce the height of the booth from 6 m' (20') to 4.80 m' (16')
<u>The price saving is $ 10,500</u>

We believe in this design and made a lot of efforts with the prices of each item.

Thank you
Zeevik Brin

רח' המייסדים 10 ת.ד. 259 מושב מזור 7316000 פקס : 972-3-3210607 : טל 972-3-9210606
Hameyasdim st. P.O.Box 260 Moshav Mazor 7316000 10 **http://www.kadmon-brin.co.il**


**KADMON BRIN**
Exhibition Design

*Company which built Shot Show Booth for KUSA & CAA.*

*we share that booth.*

To: KCAA Management

12/10/2015

Re: Final detailed offer for Shot Show 2016.

All based on our last conversation of October 11th

**Detailed offer**
Modular laminated raised floor for the whole area 30'x70'
7x Top light box sign profile 140 mm' hanged from the ceiling.
3 cubes made of Maxima system size of each: 20' long x 20' height x 30' wide with printed fabric, Profile 100x100mm'.
1 x lightened table for Kalashnikov at the front + 3 profiles, 2 light boxes and plates for screens
1 x lightened table for CAA + 3 profiles, 2 light boxes and plates for screens
5 x weapon walls 15' long (4.80 m') including locked cabinet, catalogues holders and wall with holes
2 x small weapon walls for Hartman
4 x meeting points for 4 people each
1 x small reception counter
A set of 2 offices, coffee corner and storage made of modular panels.

## Total price after special discount – $ 185,000

The prices includes the presence of our designer during the booth assembling

**Terms of payment:**
50% n advance
The rest when shipping from China and Israel.

**The price does not include;**
*Holders for weapons
*Lights for the booth
*Man power for the building & dismantling
*Furniture for the booth
*Shipments both from China and Israel
*Releasing from customs in the USA and transport to the warehouse.
*Drayage or Material handling
*Electricity supply-by the book after sending plans.
*Electricians work
*Hanging signs- by the book after sending plans.
*all other orders from the organizers like day cleaning or other issues.

We believe in this design and made a lot of efforts with the prices of each item.

Thank you

Zeevik Brin

Kadmon-Brin ltd.
EXHIBITION DESIGN

we agree and accept this offer and
Terms of payment:

10/12/15

972-3-9210606 : ‫טל‬ : 972-3-9210607 : ‫פקס‬ 7316000 ‫מזור‬ ‫מושב‬ 259 .‫ד‬.‫ת‬ 10 ‫המיישדים‬ '‫רח‬
Hameyasdim st. P.O.Box 260 Moshav Mazor 7316000 10 **http://www.kadmon-brin.co.il**



24/6/15

TO
Eldad Oz

**SHOT SHOW 2016**
**Concept & graphic design booth - CAA, KALASHNIKOV USA, WIDE VIEW**

Hi Eldad,

Further to the various activities in recent months about Visual concepts and strategic brands CAA and KALASHNIKOV USA as well as establishment of WIDE VIEW, companies are exposed first private and professional audience at SHOT SHOW in January 2016 in Las Vegas. Below is our suggestion main activity to be performed towards participation in the exhibition. It should be noted that the importance of exposing the companies first needs to be memorable and striking, and convey the message that you want different target audiences and the exhibitor's competitors. Our proposal will include workflow actions that will make for the exhibition.

**Step 1. Formulating the concept, design and execution of the exhibition pavilion .**
• Concepts for integrated graphics depending on the different visual languages of three companies.
After approving this step we move to step 2 .

**Step 2. Booth design and different elements**
Design the walls and counters regarding the planned pavilion.
• Advice on furniture pavilion
• Name tags for the 3 companies
• Design and ideas for accessories / give away the exhibition (up to 3 items) For example : Pencils / shirts / tattoos / USB flash disk / visibility attendants and representatives / bags or carry cases / additional elements - Not including production .

**PARIS**
5 Rue de l'Universite
Paris 75007
Tel +33 6 32 50 39 60

**TEL AVIV**
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

**BELGRADE**
Milentija Popovića 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com



• Consulting and preparation of creative brief to producing Exhibitions Company.
• Support and guidance of Producing Exhibitions Company.

Pavilion structure will be determined and will be delivered to us in advance before the final design by the customer / company exhibitions.
* Content will be delivered by the customer for the different elements.

**Timeline estimation:**
Step 1: Schedule for submission of concept: about 4 weeks.
Step 2: timetables design and implementation will be defined with the signing of the offer and receipt from production schedules.

**Cost:** ~~$ 25,000~~.
After a special discount price: ~~$ 15,000~~ $ 10,000.

**Terms of Payment:**
First payment in the sum of $ 5,000 on the approval of this proposal and the start of work.
A second payment in the sum of $ 5,000 with the approval of conceptual design by the customer.

**Note**

· VAT not included (if paid in Israel).

· This proposal is valid for 1month.

· Additional required expenses such as courier fees, photos, copywriting, illustrations, scans, print production, print supervising and photo shoot direction, are not included in the above quota, and will be charged separately, upon demand.

**PARIS**
5 Rue de l'Universite
Paris 75007
Tel +33 6 32 50 39 60

**TEL AVIV**
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

**BELGRADE**
Milentija Popovica 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com


· Every design/concept change requested **after its approval** will be charged additionally.

· Every approval stage will include no more than 2 rounds of revisions.

· In case of a breach of contract, 10 % compensation (from the total sum) will be paid by the client, and this sum will be defined as an agreed compensation, which does not denounce our right to any other compensation according to the law.

· Travel abroad for Dan Alexander, if need be will be priced separately.

· The client will not own the rights to any concept, designs, drafts, that were not completed into products, and will not have permission to use them in any way.

· Dan Alexander & Co's credit will appear on the products, given the client's permission.

Regards,

Einat Lerer

Dan Alexander & Co

**PARIS**
5 Rue de l'Universite
Paris 75007
Tel +33 6 32 50 39 60

**TEL AVIV**
POB 10181
Tel Aviv 61101
Tel +972 3 6448818

**BELGRADE**
Milentija Popovića 5/V
New Belgrade, Serbia 11070
Tel +381 11 6149 162

office@daitd.com
www.daitd.com

# Dan Alexander & Co.

*Business Creation*

+

Shot Show 2016
Step 1 - Creative Brief

+

© All rights reserved / July 2015 / כל הזכויות שמורות ©

All the images in this presentation are taken from the internet and are for illustration purposes only.

The purpose of this presentation is to offer a strategic and design concept for Shot Show 2016 for all 3 companies (Kalashnikov USA, CAA & Wide View).

A concept that allows simple implementation according to time and budget, is based on the brands strategies and which will elegantly express them all.

COMPETITOR BOOTHS











# Competitor Booths Overview

The competitor's overview shows that the visual language used by the competitors usually relies on a familiar and expected visuals from the world of combat and according to the category market. No one really stands out in concept or materials.

The new Shot Show booth for Kalashnikov USA, CAA and Wide View, needs to "break" the boundaries of the category, stands out and give the target audience a new experience to perceive all 3 brands





THE BATMAN'S CAVE











THE CONCEPT: 'THE CAVE'
1 HOUSE 3 BRANDS

# The Concept - General

The concept for Shot Show 2016 is inspired by the 'Batcave',
Batman's headquater in an unknown location that serves as a command center to
fight against crime. Batman use the cave as a sanctum and to store his equipment
(gadget room), it also serves as a place of privacy and tranquility before going
for battles.

The booth design concept is based on the idea of one space which includes all 3
brands. A space design that will give the booth a futuristic look
expressing the tension between low-tec and hi-tec, combined with industrial
materials that will give the it a professional atmosphere.

# The Concept – Materials

————————————

The materials associated with this concept are materials that will give the booth
an industrial look and feel: exposed concrete, transparent glass, metal
and Bright floor, or any other materials that will give the wanted look and feel.

# The Concept – Tool Box



The design concept toolbox will consist 4 key elements:

1. The symbols of the 3 brands.
2. The stripes that will play as a connecting element trought out the different elements.
3. The red color that is common to all 3 brands
4. The combination and mix of the all visual languages, allow the expression of all brands while creating an elegant space.

HOW IT ALL COMES TOGETHER