

OPTION 01









OPTION 02













SCREENS AREA:
Showing images
of all 3 brands

KALASHNIKOV
USA





MARKETING TEAM

## Marketing Team

———————————

In addition to the professional staff of the various companies our recommendation is to add a team of stewards and stewardesses who will walk around the exhibition and will be a prominent presence of companies outside the booth.

The dress concept is to use body painting of graphical elements representing the 3 brands: for example for CAA - black and white stripes / Camouflage and for Kalashnikov - white color and red stripes.


CAA Camouflage Body Paint


CAA Camouflage Body Paint



CAA Stripes Body Paint


Kalashniov Stripes Body Paint

THE NEXT STEP

## The Next Step

- Choosing the design direction according to the conept.
- Working together with KADMON BRIN exhibition design, in order to implement the concept into exhibition booth
- Working to find the right selling crew and costumes that will meet the concept and will fit the brands.

# Dan Alexander & Co.

*Business Creation*

+

Thank You

+

© All rights reserved / July 2015 / כל הזכויות שמורות ©

All the images in this presentation are taken from the internet and are for illustration purposes only.

| | |
|---|---|
| **From:** | Laura Burgess <laura@lauraburgess.com> |
| **Sent:** | Wednesday, January 6, 2016 8:53 PM |
| **To:** | tmccrossin@kalashnikov-usa.com; mikey hartman; mika@kalashnikov-usa.com; Eldad Oz; bsilver@kalashnikov-usa.com; KAL Brian Skinner |
| **Cc:** | tcao@kalashnikov-usa.com; jportz@kalashnikov-usa.com |
| **Subject:** | PR for SHOT |
| **Attachments:** | CAA-MicroRONI-1-16.docx; CAA-ReBrand-1-16.docx; CAA-RONI-C-1-16.docx; CAA-STAB-RONI-1-16.docx; AK Alfa 12-15.docx; Media-Dealer Questions Final.docx |

Team,

I have completed and we have internally reviewed the following press releases: Alfa, Micro Roni, CAA rebrand, Roni Civilian, Roni SB and I have also attached the media questions.

1) Please review media questions and let me know if this is final.
2) Please review press releases and let me know any edits by EOD tomorrow
3) Please let me know if there are any other items that warrant a press release -- new Kalashnikov guns??
4) I will take all CAA press releases, the Alfa and Hartman materials and create a press kit for Tam for SHOT. This same press kit will also be available for media at www.lauraburgess.com
5) It's show time folks!

**Laura Burgess**
President
Laura Burgess Marketing
P.O. Box 13978
New Bern, NC 28561

Office – 252-288-5805
Fax - 252-288-5806
Mobile – 603-682-3316
Skype – Laura Burgess
laura@lauraburgess.com
www.lauraburgess.com

*View Press Kits*
*Sign Up for Email Newsletter*



| | |
|---|---|
| **From:** | Laura Burgess <laura@lauraburgess.com> |
| **Sent:** | Tuesday, January 12, 2016 4:25 PM |
| **To:** | tmccrossin@kalashnikov-usa.com; tcao@kalashnikov-usa.com; mikey hartman; KAL Brian Skinner; KAL Brian Skinner; mika@kalashnikov-usa.com; Eldad Oz (eldadoz1 @gmail.com); Ron Maoz |
| **Subject:** | SHOT Show Press Releases |
| **Attachments:** | CAA-MicroRONI-1-16.docx; CAA-ReBrand-1-16.docx; CAA-RONI-C-1-16.docx; CAA-STAB-RONI-1-16.docx; AK Alfa 12-15.docx |

Team,

I have attached the press releases for SHOT Show (minus one for Mikey's announcement that he is reviewing now). Here is the schedule of their release:

| | |
|---|---|
| Monday Jan 18 | CAA-Rebrand PR |
| Tuesday Jan 19 (official opening day of SHOT) go out at different times) | CAA-MikeyHartman PR, AK Alfa PR, CAA-Micro Roni PR (These will all |
| Wednesday Jan 20 | CAA-STAB-Roni |
| Thursday Jan 21 | CAA- Roni-C |

If you have no questions or edits we will schedule these on Friday of this week. If you do, please notify me no later than EOD tomorrow.  Please be aware that as of Monday Jan 18 the PR will have the new CAA branding and the new www.CAAGEARUP.com website on it.

Thank you! And see you soon!

## Laura Burgess
**President**
**Laura Burgess Marketing**
P.O. Box 13978
New Bern, NC 28561

Office – 252-288-5805
Fax - 252-288-5806
Mobile – 603-682-3316
Skype – Laura Burgess
laura@lauraburgess.com
www.lauraburgess.com

*View Press Kits*
*Sign Up for Email Newsletter*



# Bill

Kalashnikov USA
3901 NE 12th Ave
Suite 400
Pompano Beach, FL 33064

| Date | Ref. No. |
|------|----------|
| 01/29/2016 | New booth 2016 |

| Vendor |
|--------|
| Kadmon-Brin LTD.<br>Attn: Zeevik Brin Kadmon-Brin LTD.<br> 10 Hameyasdim St.<br> Moshav Mazor  73160 |

Bill Due    02/08/2016

Terms

Memo



## Expenses

| Account | Memo | Amount | Customer:Job |
|---------|------|--------|--------------|
| Due to/from CAA | Amoutn owed to KUSa for payment aboove its share of booth cost | 38,275.07 | |

Expense Total : 38,275.07

## Bill Total :   $123,947.78

# Bill

Kalashnikov USA
3901 NE 12th Ave
Suite 400
Pompano Beach, FL 33064

| Date | Ref. No. |
|------|----------|
| 01/31/2016 | Booth Earned out |

| Vendor |
|--------|
| Kadmon-Brin LTD.<br>Attn: Zeevik Brin Kadmon-Brin LTD.<br>10 Hameyasdim St.<br>Moshav Mazor 73160 |



Bill Due    02/10/2016

Terms

Memo

# Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job |
|------|-------------|-----|-----|------|--------|--------------|
| Kaman Booth Peanut - 76 | Kadmon Booth Earnout | | | 5,000 | 5,000.00 | |

Item Total : 5,000.00

**Bill Total :        $5,000.00**

# Bill

Kalashnikov USA
3901 NE 12th Ave
Suite 400
Pompano Beach, FL 33064

| Date | Ref. No. |
|---|---|
| 01/29/2016 | New booth 2016 |

| Vendor |
|---|
| Kadmon-Brin LTD.
Attn: Zeevik Brin Kadmon-Brin LTD.
10 Hameyasdim St.
Moshav Mazor  73160 |



Bill Due    02/08/2016

Terms

Memo

# Items

| Item | Description | Qty | U/M | Cost | Amount | Customer:Job |
|---|---|---|---|---|---|---|
| New Booth 2016 - 119 | New Booth 2016 | | | 85,672.71 | 85,672.71 | |

Item Total : 85,672.71